## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing has been served on Plaintiffs' counsel of record, Darren P. McDowell, WATERS & KRAUS, 3219 McKinney Ave., Suite 3000, Dallas, Texas 75204, by Certified Mail, Return Receipt Requested, postage pre-paid and properly addressed and notice of the filing was sent to the following counsel of record via facsimile on this the 31th day of July, 2001.

| Name | Fax |
|---|---|
| ROBERT WILKINSON | 228-762-3223 |
| ANTHONY PLETCHER | 512-883-0210 |
| JERRY KACAL | 713-529-8161 |
| MARY LOU MAURO | 713-355-7600 |
| TODD WADE/KENN WALL | 713-525-6251 |
| FRANK HARMON | 713-752-8618 |
| JEFF MUNDY | 512-477-5813 |
| PETER MOIR | 214-953-6503 |
| ERIC WEWERS | 214-210-2500 |
| PATRICIA KELLY | 956-428-2954 |
| JAMES POWERS | 713-767-7199 |
| LISA POWELL | 713-752-4221 |
| JOHN HILL/JOHN HALL | 713-223-3717 |
| PHIL BROWN | 214-698-1101 |
| GARY ELLISTON | 214-210-2500 |
| FERGUSON MCNIEL | 713-615-5493 |
| TOM TAYLOR | 713-220-4285 |
| SUSAN CARSTENS | 713-529-2290 |
| W. MILLER THOMAS | 409-598-7712 |
| ROBERT BASS | 214-905-3976 |
| LEWIS MILTENBERGER | 817-820-0373 |
| THOMAS DOUGALL | 803-788-6767 |
| JIM RILEY | 713-651-0220 |
| JAMES TOMPKINS | 713-599-0777 |
| HUBERT CROUCH/KIM | 214-922-7101 |
| W. NEIL RAMBIN | 214-651-4330 |
| JAMES HARRIS | 409-833-4240 |
| DAVID FISHER | 409-598-7712 |
| SHARLA FROST | 713-767-1799 |
| GREGORY BEVEL | 214-659-4401 |
| RUSSELL NUNNALY | 214-740-1499 |
| JOSEPHINE RANDALL | 214-760-7332 |
| RUSSELL SERAFIN | 713-758-2346 |
| WILLIAM GAULT | 956-544-0607 |

Teri L. Danish