IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEBRA KULAW, Individually and As Personal Representative of the Heirs and Estate of LEVAUGHN DARNOLD, Plaintiffs | § § § § § § | No. B-01-181 |
| v. | § § | |
| ACandS, Inc., Defendants. | § § § | |

| | | |
|---|---|---|
| IN RE: FEDERAL-MOGUL GLOBAL, INC. Debtor | § § § § § § | Case No. 01-10578 Chapter 11 (Pending in the United States Bankruptcy Court for the District of Delaware) |

PLAINTIFFS' MOTION FOR EMERGENCY HEARING
ON THEIR MOTION FOR REMAND FOR
LACK OF SUBJECT MATTER JURISDICTION, FOR MANDATORY
ABSTENTION, OR FOR DISCRETIONARY ABSTENTION
OR EQUITABLE REMAND

This case was removed late Friday afternoon, October 19. Trial began in state court on October 15, with jury selection to begin today, October 22. Plaintiffs respectfully request an emergency hearing on their motion for remand for lack of subject matter jurisdiction, for mandatory or abstention, for discretionary abstention or equitable remand, for the following reasons:

This case has been pending in state court since December of 1999. It has been continued three times at the request of Garlock, the removing party.

1

The fourth trial setting was on October 15. Trial did commence that day, with the hearing of preliminary motions.

Members of the jury panel were given questionnaires to fill out. When Judge Limas decided that he needed to hear a short criminal matter, the jury was told to return on October 22nd for jury selection. This case was removed late on the afternoon of the 19th.

Plaintiffs believe that if the Court can hear their motion for remand expeditiously, in the event of a remand the existing state court jury panel will still be able to participate in jury selection, and the trial may go forward. This is a wrongful death case, now being prosecuted by the decedent's daughter. There are very serious damages involved.

Particularly given that the case has already been continued at the removing party's request three times, plaintiffs respectfully maintain that an expeditious hearing on their motion for remand is warranted. For the reasons set forth in plaintiffs' motion for remand, plaintiffs believe that there is a clear absence of any basis for federal subject matter jurisdiction in this case, and that the case can and should be remanded summarily.

WHEREFORE, PREMISES CONSIDERED, plaintiffs respectfully request that their motion for remand be heard as soon as possible.

Respectfully submitted,

*Charles Siegel / By Permission*
Frank Costilla
State Bar No. 04856500
Federal I.D. 1509
Law Offices of Frank Costilla
5 East Elizabeth Street
Brownsville, Texas 78520
(956) 541-4982
(956) 541 3152 telecopier

2

WATERS & KRAUS

_____
Charles S. Siegel
State Bar No. 18341875
Federal I.D. 15736
Darren P. McDowell
State Bar No.
3219 McKinney Avenue
Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 facsimile
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served via facsimile and by hand-delivery on counsel of record on this the 22nd day of October, 2001.

Shelby A. Jordan
Harlin C. Womble, Jr.
Nathaniel Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
(361) 884-5616

Mitchell C. Chaney
Rodriguez, Colvin & Chaney, LLP
(956) 541-2170

_____
Charles S. Siegel

3