

United States District Court
Southern District of Texas
FILED

OCT 2 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

---

| | | |
|---|---|---|
| DEBRA KULAW, Individually and | § | IN THE DISTRICT COURT OF |
| As Personal Representative of the Heirs | § | |
| and Estate of LEVAUGHN DARNOLD | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-181 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY; | § | |
| AC&S, INC.; | § | |
| AC & S, INC. (SUED INDIVIDUALLY | § | |
| AND AS SUCCESSOR-IN-INTEREST TO | § | |
| ARMSTRONG CONTRACTING & | § | |
| SUPPLY, INC.); | § | |
| AMF VOIT F/K/A TRIPLE B. | § | |
| CORPORATIONS; | § | |
| AMOCO CORPORATION; | § | |
| A.P. GREEN INDUSTRIES INC.; | § | |
| ARMSTRONG WORLD INDUSTRIES, INC. | § | |
| ASBESTOS CLAIMS MANAGEMENT; | § | |
| CORP. F/K/A NATIONAL GYPSUM; | § | |
| BABCOCK & WILCOX; | § | |
| BROWN & ROOT, INC.; | § | |
| CERTAINTEED CORPORATION; | § | |
| COMBUSTION ENGINEERGING, INC;. | § | |
| CROWN CORK & SEAL COMPANY, INC.; | § | |
| DRESSER INDUSTRIES, SUED | § | |
| INDIVIDUALLY AND AS | § | |
| SUCCESOR-IN-INTERST TO HARBISON | § | |
| WALKER REFRACTORIES AND | § | |
| WORTHINGTON PUMP INC; | § | |
| FEDERAL MOGUL CORPORATION, | § | |
| (INDIVIDUALLY AND AS | § | |
| SUCCESSOR-IN-INTEREST TO | § | |
| T& N, PLC, F/K/A TURNER & | § | |
| NEWELL PLC); | § | |

Page 1

| | |
|---|---|
| FIBREBOARD CORPORATION; | § |
| FLINTOKE COMPANY; | § |
| FOSTER WHEELER ENERGY | § |
| CORPORATION; | § |
| GAF BUILDING MATERIALS | § |
| CORPORATION, INDIVIDUALLY | § |
| AND AS SUCESSOR TO GAF CORP., | § |
| AND EDGECLIFF CORP; | § |
| GARLOCK INC; | § |
| GASKET HOLDING INC.; | § |
| GASKET HOLDING INC.; | § |
| (SUED INDIVIDUALLY AND AS | § |
| SUCCESSOR-IN-INTEREST TO | § |
| FLEXITALLIC GASKET CO.); | § |
| GENERAL REFRACTORIES COMPANY; | § |
| GEORGIA-PACIFIC CORPORATION; | § |
| GEORGIA-PACIFIC CORPORATION | § |
| (SUED INDIVIDUALLY AND AS | § |
| SUCCESSOR-IN-INTEREST TO | § |
| BESTWALL GYPSUM COMPANY); | § |
| GUARDLINE, INC.; | § |
| HARBISON-WALKER REFRACTORIES; | § |
| HARBISON-WALKER REFRACTORIES | § |
| COMPANY (FORMALLY A DIVISION | § |
| OF INDRESCO, INC.); | § |
| INDRESCO INC.; | § |
| INDRESCO INC. (SUED INDIVIDUALLY | § |
| AS SUCCSSOR-IN-INTEREST TO | § |
| HARBISON-WALKER REFRACTORIES, | § |
| A DIVISION OF INDRESCO, INC.); | § |
| J. T. THORPE COMPANY; | § |
| KAISER ALUMINUN & CHEMICAL | § |
| CORPORATION; | § |
| KELLY MOORE PAINT COMPANY, INC.; | § |
| METROPOLITAN LIFE INSURANCE | § |
| COMPANY; | § |
| MINNESOTA MINING & | § |
| MANUFACTURING; | § |
| NORTH AMERICAN REFRACTORIES | § |
| COMPANY; | § |
| OWENS-CORNING FIBERGLAS CORP.; | § |
| OWENS ILLINOIS, INC.; | § |
| OWENS ILLINOIS, INC. | § |
| (SUED INDIVIDUALLY AND AS | § |
| SUCCESSOR –IN- INTEREST TO | § |
| OWENS-ILLIONIS GLASS COMPANY) | § |
| PITTSBURGH CORNING CORP.; | § |
| PPG INDUSTRIES, INC.; | § |
| PROKO INDUSTRIES, INC.; | § |

| | |
|---|---|
| QUIGLEY COMPANY, INC.; | § |
| RAPID-AMERICAN CORPORATION; | § |
| RILEY STOKER CORPORATION; | § |
| THE SYNKOLOID COMPANY; | § |
| T&N PLC F/K/A TURNER & NEWELL PLC; | § |
| T&N PLC SUCCESSOR IN INTEREST | § |
| TO KEASBEY & MATTISON; | § |
| TURNER & NEWELL INDUSTRIES, INC. | § |
| DBA UNITED GASKET CORP; | § |
| TURNER NEWELL, LTD. D/B/A UNITED | § |
| FABRICATED; | § |
| UNIROYAL HOLDING, INC. | § |
| (SUED INDIVIDUALLY AND AS | § |
| SUCCESSOR-IN-INTERST TO U.S. | § |
| RUBBER COMPANY; | § |
| U.S. GYPSUM COMPANY; | § |
| U.S. MINERAL PRODUCTS COMPANY; | § |
| W.R. GRACE & CO.—CONN.; | § |
| W.R. GRACE & CO.—CONN. | § |
| (SUED INDIVIDUALLY AND AS | § |
| SUCCESSOR-IN-INTEREST TO W.R. | § |
| GRACE & COMPANY); | § |
|         DEFENDANTS. | |

Page 3

ClibPDF - www.fastio.com

## CERTIFICATE OF CONFERENCE AS TO EMERGENCY MOTION TO TRANSFER CIVIL ACTION PURSUANT TO 28 U.S.C. § 157(b)(5) FOR VENUE DETERMINATION FILED BY GARLOCK INC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Garlock Inc (Removing Defendant) files this Certificate of Conference as to its Emergency Motion to Transfer Civil Action Pursuant to 28 U.S.C. § 157(b)(5) for Venue Determination ("Motion to Transfer").

On October 24, 2001, Charles Siegel, counsel for the Plaintiffs was contacted by telephone by Melissa Ferrell, one of the counsel for Garlock Inc. Mr. Siegel, on behalf of all of the Plaintiffs, indicated that he will oppose the relief requested by Garlock Inc. in its Motion to Transfer venue, and, accordingly, a hearing will be necessary.

Counsel for Garlock Inc is in the process of contacting the other co-defendants and will promptly file a supplemental certificate of conference regarding their positions on the Motion to Transfer.

Respectfully submitted,

*[signature]*

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
**REMOVAL COUNSEL FOR GARLOCK INC**

*[signature] Mitchell C. Chaney (w/permission)*

Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
**RODRIGUEZ, COLVIN & CHANEY, LLP**
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
**ATTORNEYS FOR GARLOCK INC**

Page 5

## **CERTIFICATE OF SERVICE**

I, Mitchell C. Chaney, hereby certify that a true and correct copy of foregoing document was served by First Class Mail, on all counsel of record as listed on the attached service list this 25th day of October, 2001:

Mitchell C. Chaney

# DARNOLD SERVICE LIST

## Cause No. 99-12-5218-G

*Debra Kulaw, Individually and as Personal Representative of the Heirs and Estate of LeVaughn Darnold, Deceased. vs. Able Supply Company, et al. vs. AC&S, et al.  In the 404th Judicial District of Cameron County*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P. 1100 Louisiana, Suite 4200 Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Jerry Kacal | AC & S, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ARMSTRONG CONTRACTING & SUPPLY, INC.) | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Thomas Taylor | AMOCO CORPORATION | Andrews & Kurth, L.L.P. 600 Travis, Suite 4200 Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC. | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| James Powers | CERTAINTEED CORPORATION | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Daniel Spain | COMBUSTION ENGINEERING, INC. HARBISON WALKER | Spain & Hastings 2350 Houston Center 909 Fanin Street Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY, INC. | Crain Caton & James 3300 Two Houston Center 909 Fannin, 33rd Floor Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Donald Godwin | DRESSER INDUSTRIES, SUED INDIVIDUALLY AND AS SUCCESOR-IN-INTERST TO HARBISON WALKER REFRACTORIES AND WORTHINGTON PUMP INC | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| Hubert A. Crouch, III | FEDERAL MOGUL CORPORATION, (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO T& N, PLC, F/K/A TURNER & NEWELL PLC) | Crouch & Inabnett 2300 Fountain Place 1445 Ross Avenue Dallas, Texas 75202 | 214-922-7100 | (214) 922-7101 |
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC 800 First City Tower 1001 Fannin Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GASKET HOLDING INC. | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Gary Elliston | GASKET HOLDING INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.) | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P. 2301 Moores Lane P.O. Box 6297 Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson 726 Delmas Avenue P.O. Box 1618 Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Gary Elliston | KAISER ALUMINUN & CHEMICAL CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| John L. Hill | METROPOLITAN LIFE INSURANCE COMPANY | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-758-2346 |
| Peter Moir | OWENS ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Gail Jenkins | PROKO INDUSTRIES, INC. | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |
| Thomas Hogan | QUIGLEY COMPANY, INC. | Beirne, Maynard & Parsons, L.L.P.<br>Wells Fargo Bank Tower<br>25th Floor<br>1300 Post Oak Boulevard<br>Houston, TX 77056-3000 | 713-623-0887 | 713-960-1527 |
| Tom Taylor | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

# DARNOLD SERVICE LIST

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P. 1100 Louisiana, Suite 4200 Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Jerry Kacal | AC & S, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ARMSTRONG CONTRACTING & SUPPLY, INC.) | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Thomas Taylor | AMOCO CORPORATION | Andrews & Kurth, L.L.P. 600 Travis, Suite 4200 Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC. | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| James Powers | CERTAINTEED CORPORATION | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Daniel Spain | COMBUSTION ENGINEERGING, INC. HARBISON WALKER | Spain & Hastings 2350 Houston Center 909 Fanin Street Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY, INC. | Crain Caton & James 3300 Two Houston Center 909 Fannin, 33rd Floor Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| Donald Godwin | DRESSER INDUSTRIES, SUED INDIVIDUALLY AND AS SUCCESOR-IN-INTERST TO HARBISON WALKER REFRACTORIES AND WORTHINGTON PUMP INC | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| Hubert A. Crouch, III | FEDERAL MOGUL CORPORATION, (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST | Crouch & Inabnett 2300 Fountain Place 1445 Ross Avenue Dallas, Texas 75202 | 214-922-7100 | (214) 922-7101 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | TO T&N, PLC, F/K/A TURNER & NEWELL PLC) | | | |
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GASKET HOLDING INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Gary Elliston | GASKET HOLDING INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.) | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P.<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Gary Elliston | KAISER ALUMINUN & CHEMICAL CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| John L. Hill | METROPOLITAN LIFE INSURANCE COMPANY | Locke, Liddell<br>600 Travis St., Suite 3400<br>Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin<br>Houston, Texas 77002-6760 | 713-758-3882<br>713-758-2222 | 713-758-2346 |
| Peter Moir | OWENS ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| Gail Jenkins | PROKO INDUSTRIES, INC. | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |
| Thomas Hogan | QUIGLEY COMPANY, INC. | Beirne, Maynard & Parsons, L.L.P.<br>Wells Fargo Bank Tower<br>25th Floor<br>1300 Post Oak Boulevard<br>Houston, TX 77056-3000 | 713-623-0887 | 713-960-1527 |

DARNOLD SERVICE LIST　　　　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 2

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Tom Taylor | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P. 600 Travis, Suite 4200 Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC 400 Woodview Tower 1349 Empire Central Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

*DARNOLD SERVICE LIST*                                                                                                *PAGE 3*