

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Debra Kulaw, Individually and as Personal | § | Case No. B-01-181 |
| Representative of the Heirs and Estate of | § | |
| LeVaughn Darnold | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| Able Supply Co. | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| IN RE: | § | Case No. 01-10578 |
| FEDERAL-MOGUL GLOBAL, INC. | § | Chapter 11 |
| Debtor | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| | § | District of Delaware) |

PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), and subject to their

motion for remand for lack of subject matter jurisdiction, for mandatory abstention, or for

discretionary abstention or equitable remand, to be filed shortly in this matter, and which

will contend that no bankruptcy jurisdiction exists at all in this case, plaintiffs state that

this is a non-core proceeding.  Plaintiffs do not consent to the entry of final orders or

judgment by a bankruptcy judge.

1

Respectfully submitted,

**WATERS & KRAUS, LLP**

Charles S. Siegel
State Bar No. 18341875
Peter A. Kraus
State Bar No. 18341875
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
(214) 357-6244
(214) 871-2263 fax

LAW OFFICES OF FRANK COSTILLA
**FRANK COSTILLA**
State Bar No. 04856500
5 East Elizabeth
Brownsville, Texas 78520
(956) 541-4982
(956) 544-3152 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Statement Pursuant to Bankruptcy Rule 9027 was served on all counsel of record on this 27 day of October, 2001.

Charles S. Siegel

2

Lewis C. Miltenberger
Corday Goodrich & Miltenberger
108 W. 8th Street, One Century Plaza, Suite 500
Fort Worth, Texas 76102
Harbison-Walker, A.P. Green, Global, Indresco

Kenneth Rhodes
Dunn Kacal Adams Pappas & Law
One Riverway, Suite 1200
Houston, Texas 77056
ACandS, Inc

H. Daniel Spain
Spain & Hastings
3900 Two Houston Center
909 Fannin
Houston, Texas 77010
AP Green, HW

Mitchell Chaney
Rodriguez Colvin & Chaney LLP
P.O. Box 2155
Brownsville, Texas 78522
Garlock

James Riley
Coats Rose Yale Ryman & Lee
800 First City Tower
1001 Fannin
Houston, TX 77002-6707
Foster Wheeler

Donald Godwin
Godwin White & Gruber P.C.
901 Main Street
Suite 2500
Dallas, Texas 75202-3714
Brown & Root, Dresser Ind.

James Lowery
Dunn Kacal Adams Pappas & Law
900 Jackson Street, Suite 330
Dallas, Texas 75208
A.C. & S., Inc

James Pranske
Dunn Kacal Adams Pappas & Law
900 Jackson Street, Suite 330
Dallas, Texas 75202
A.C. & S., Inc

Melissa Ferrell
Segal  McCambridge Singer & Mahoney
400 West 15th Street
Suite 700
Austin, Tx 78701
GARLOCK

Laurel A. Siegert
Whittenburg Whittenburg & Schachter PC
2300 Plaza of the Americas
600 North Pearl, LB 133
Dallas, Texas 75201
Garlock

Mitchell Chaney
Rodriguez Colvin & Chaney LLP
P.O. Box 2155
Brownsville, Texas 78522
Garlock

James R. Old, Jr.
Germer Bernsen & Gertz LLP
805 Park Street
Beaumont, Texas 77701
Garlock

Shelby A. Jordan
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas  78471
Garlock

Ed Peticolas
Peticolas, Shapleigh, Brandeis, and Kerns
701 North Saint Vrain
El Paso, Texas 79902