*1*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**OCT 3 0 2001**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

-------------------------------------------------------------------------

| | | |
|---|---|---|
| DEBRA KULAW, Individually and | § | |
| As Personal Representative of the Heirs | § | |
| and Estate of LEVAUGHN DARNOLD | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-181 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY; | § | |
| AC&S, INC.; | § | |
| AC & S, INC. (SUED INDIVIDUALLY | § | |
| AND AS SUCCESSOR-IN-INTEREST TO | § | |
| ARMSTRONG CONTRACTING & | § | |
| SUPPLY, INC.); | § | |
| AMF VOIT F/K/A TRIPLE B. | § | |
| CORPORATIONS; | § | |
| AMOCO CORPORATION; | § | |
| A.P. GREEN INDUSTRIES INC.; | § | |
| ARMSTRONG WORLD INDUSTRIES, INC. | § | |
| ASBESTOS CLAIMS MANAGEMENT; | § | |
| CORP. F/K/A NATIONAL GYPSUM; | § | |
| BABCOCK & WILCOX; | § | |
| BROWN & ROOT, INC.; | § | |
| CERTAINTEED CORPORATION; | § | |
| COMBUSTION ENGINEERING, INC;. | § | |
| CROWN CORK & SEAL COMPANY, INC.; | § | |
| DRESSER INDUSTRIES, SUED | § | |
| INDIVIDUALLY AND AS | § | |
| SUCCESOR-IN-INTEREST TO HARBISON | § | |
| WALKER REFRACTORIES AND | § | |
| WORTHINGTON PUMP INC; | § | |
| FEDERAL MOGUL CORPORATION, | § | |
| (INDIVIDUALLY AND AS | § | |
| SUCCESSOR-IN-INTEREST TO | § | |
| T& N, PLC, F/K/A TURNER & | § | |
| NEWELL PLC); | § | |
| FIBREBOARD CORPORATION; | § | |
| FLINTOKE COMPANY; | § | |

FOSTER WHEELER ENERGY
CORPORATION;
GAF BUILDING MATERIALS
CORPORATION, INDIVIDUALLY
AND AS SUCESSOR TO GAF CORP.,
AND EDGECLIFF CORP;
GARLOCK INC;
GASKET HOLDING INC.;
GASKET HOLDING INC.;
(SUED INDIVIDUALLY AND AS
SUCCESSOR-IN-INTEREST TO
FLEXITALLIC GASKET CO.);
GENERAL REFRACTORIES COMPANY;
GEORGIA-PACIFIC CORPORATION;
GEORGIA-PACIFIC CORPORATION
(SUED INDIVIDUALLY AND AS
SUCCESSOR-IN-INTEREST TO
BESTWALL GYPSUM COMPANY);
GUARDLINE, INC.;
HARBISON-WALKER REFRACTORIES;
HARBISON-WALKER REFRACTORIES
COMPANY (FORMALLY A DIVISION
 OF INDRESCO, INC.);
INDRESCO INC.;
INDRESCO INC. (SUED INDIVIDUALLY
AS SUCCSSOR-IN-INTEREST TO
HARBISON-WALKER REFRACTORIES,
A DIVISION OF INDRESCO, INC.);
J. T. THORPE COMPANY;
KAISER ALUMINUN & CHEMICAL
CORPORATION;
KELLY MOORE PAINT COMPANY, INC.;
METROPOLITAN LIFE INSURANCE
COMPANY;
MINNESOTA MINING &
MANUFACTURING;
NORTH AMERICAN REFRACTORIES
COMPANY;
OWENS-CORNING FIBERGLAS CORP.;
OWENS ILLINOIS, INC.;
OWENS ILLINOIS, INC.
(SUED INDIVIDUALLY AND AS
SUCCESSOR –IN- INTEREST TO
OWENS-ILLIONIS GLASS COMPANY)
PITTSBURGH CORNING CORP.;
PPG INDUSTRIES, INC.;
PROKO INDUSTRIES, INC.;
QUIGLEY COMPANY, INC.;
RAPID-AMERICAN CORPORATION;

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

RILEY STOKER CORPORATION;                    §
THE SYNKOLOID COMPANY;                        §
T&N PLC F/K/A TURNER & NEWELL PLC;            §
T&N PLC SUCCESSOR IN INTEREST                 §
TO KEASBEY & MATTISON;                        §
TURNER & NEWELL INDUSTRIES, INC.             §
DBA UNITED GASKET CORP;                       §
TURNER NEWELL, LTD. D/B/A UNITED             §
FABRICATED;                                   §
UNIROYAL HOLDING, INC.                        §
(SUED INDIVIDUALLY AND AS                     §
SUCCESSOR-IN-INTERST TO U.S.                  §
RUBBER COMPANY;                               §
U.S. GYPSUM COMPANY;                          §
U.S. MINERAL PRODUCTS COMPANY;               §
W.R. GRACE & CO.—CONN.;                       §
W.R. GRACE & CO.—CONN.                        §
(SUED INDIVIDUALLY AND AS                     §
SUCCESSOR-IN-INTEREST TO W.R.                 §
GRACE & COMPANY);                             §
    DEFENDANTS.

## EMERGENCY
## MOTION FOR PROTECTION AND TO QUASH DEPOSITION

COMES NOW Defendant Garlock Inc ("Garlock") and moves to quash the deposition of Paul Hanly, Jr. and seeks protection from same for the reasons set forth below:

## I.

## Background

On October 19, 2001, Garlock removed this matter to this Court. On October 25, 2001, plaintiffs noticed the deposition of Paul Hanly, Jr., National Trial and Coordinating Counsel for Federal Mogul Corporation and related entities. Although plaintiffs apparently served other defense counsel with notice of the deposition, Garlock's counsel in this case did not receive notice from plaintiffs. Instead, Garlock's counsel received a

copy the notice at 3:31 p.m. on October 25th from other defense counsel (Exhibit A).   The deposition was to take place October 26, 2001, by telephone at 2:00 p.m. EST.

Upon receiving the notice, Garlock's counsel immediately faxed a letter to plaintiff's counsel objecting to the deposition (Exhibit B).  Garlock's counsel also spoke with plaintiffs' counsel, explaining that 1) the deposition did not comply with the Federal Rules of Civil Procedure, and 2) the deposition violates the automatic stay issued as a result of the bankruptcy.  Plaintiffs then cancelled the deposition.

On October 29, 2001, plaintiffs again noticed the deposition of Paul Hanly, Jr., this time for November 2, 2001 at 11:00 a.m. in New York (Exhibit C).  Garlock's counsel sent another letter to plaintiffs' counsel by facsimile transmission, again pointing out that the deposition notice violated both the federal rules and the automatic bankruptcy stay (Exhibit D).   Plaintiffs did not respond to the letter, and have not cancelled the deposition.

## II.

### The Deposition Should Be Quashed

**A.     The deposition requires leave of Court.**

The Federal Rules of Civil Procedure prohibit a party from conducting discovery prior to conferring as required by Rule 26(f).   Fed.R.Civ.Proc. 26(d).   To take a deposition prior to the Rule 26(f) conference, a party must obtain leave of court. Fed.R.Civ.Proc. 30(a)(2)(C).  The only exception to this rule requires the deposition notice to include a certification, supported by facts, that the deponent is expected to leave

CMxPDF - www.texiss.com

the United States and will not be available for deposition in the country unless deposed before the conference. *Id.*

In this case, the parties have not yet conferred as required by Rule 26(f). Nor does the sole exception to Rule 30(a)(2)(C) apply. Thus, plaintiffs' failure to obtain leave of court to take Mr. Hanly's deposition requires that the deposition be quashed.

**B.      The deposition violates the automatic stay of proceedings in this case.**

Further, the removal of this case based upon the bankruptcy of Federal Mogul and its related entities resulted in an automatic stay of proceedings. Without an order lifting the stay to conduct discovery, plaintiffs are attempting to violate the automatic stay by noticing Mr. Hanly's deposition.

Plaintiffs have wholly failed to comply with the Federal Rules of Civil Procedure., and have attempted to violate the automatic bankruptcy stay. As a result, Garlock respectfully requests that the deposition of Paul Hanly, Jr. be quashed and further, that this Court grant protection from this deposition notice.

Respectfully submitted,

*Shelby A. Jordan w/perm. remv*

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
**Jordan, Hyden, Womble & Culbreth, P.C.**
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK
INC

*Eduardo Rodriguez w/perm remv*

Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Teri L. Danish
SB# 05375320
Fed. ID #12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

## CERTIFICATE OF CONFERENCE

On October 25, 2001, Garlock's counsel attempted to contact plaintiffs' counsel by telephone to discuss the necessity of this motion. Garlock's counsel also sent a letter to plaintiffs' counsel concerning this motion. On October 29, 2001, Garlock's counsel sent another letter to plaintiffs' counsel to determine whether this motion was not necessary. Plaintiffs' counsel did not respond to the letter. Given the timing of the deposition, this motion was necessary.

## CERTIFICATE OF SERVICE

I, Teri L. Danish, hereby certify that a true and correct copy of foregoing document was served by facsimile on all counsel of record as listed on the attached service list this 30th day of October, 2001.

Teri L. Danish

# *DARNOLD SERVICE LIST*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P. 1100 Louisiana, Suite 4200 Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Jerry Kacal | AC & S, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ARMSTRONG CONTRACTING & SUPPLY, INC.) | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Thomas Taylor | AMOCO CORPORATION | Andrews & Kurth, L.L.P. 600 Travis, Suite 4200 Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC. | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| James Powers | CERTAINTEED CORPORATION | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Daniel Spain | COMBUSTION ENGINEERING, INC. HARBISON WALKER | Spain & Hastings 2350 Houston Center 909 Fanin Street Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY, INC. | Crain Caton & James 3300 Two Houston Center 909 Fannin, 33rd Floor Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| Donald Godwin | DRESSER INDUSTRIES, SUED INDIVIDUALLY AND AS SUCCESOR-IN-INTERST TO HARBISON WALKER REFRACTORIES AND WORTHINGTON PUMP INC | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Hubert A. Crouch, III | FEDERAL MOGUL CORPORATION, (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO T& N, PLC, F/K/A TURNER & NEWELL PLC) | Crouch & Inabnett 2300 Fountain Place 1445 Ross Avenue Dallas, Texas 75202 | 214-922-7100 | (214) 922-7101 |
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC 800 First City Tower 1001 Fannin Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GASKET HOLDING INC. | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Gary Elliston | GASKET HOLDING INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.) | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P. 2301 Moores Lane P.O. Box 6297 Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson 726 Delmas Avenue P.O. Box 1618 Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Gary Elliston | KAISER ALUMINUN & CHEMICAL CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| John L. Hill | METROPOLITAN LIFE INSURANCE COMPANY | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-758-2346 |
| Peter Moir | OWENS ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| Gail Jenkins | PROKO INDUSTRIES, INC. | Jenkins, Grove & Martin 2615 Calder Street, Suite 500 P.O. Box 26008 Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |
| Thomas Hogan | QUIGLEY COMPANY, INC. | Beirne, Maynard & Parsons, L.L.P. Wells Fargo Bank Tower | 713-623-0887 | 713-960-1527 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | | 25th Floor 1300 Post Oak Boulevard Houston, TX 77056-3000 | | |
| Tom Taylor | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P. 600 Travis, Suite 4200 Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC 400 Woodview Tower 1349 Empire Central Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

CSMPDF - www.fesiso.com

ClickPDF – www.fastio.com

# EXHIBIT "A"

CVISPDF – www.fastio.com

# WATERS & KRAUS, LLP

C. ANDREW WATERS*
PETER A. KRAUS**

Gayle M. Mattish
David C. Greenstone
Barry L. Rabbitt
S. Scot Kraus
Alannah Sullivan Cleaves
Ashley L. Watkins
Trevor G. Wolf
F. Leighton Durham, III

*Licensed in Texas, California, North
Carolina, and District of Columbia
**Licensed in Texas and Virginia

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

200 Oceangate, Suite 520
Long Beach, California 90802
Telephone 562-436-8833
Telecopier 562-590-7296

10231 Warwick Blvd.
Newport News, Virginia 23601
Telephone 757-223-1275
Telecopier 757-223-1276

Of Counsel:
Charles E. Siegel
Timothee A. Smith-George
Charles E. Lento

Jeffrey B. Simon
Darren P. McDowell
Shalchael L. Armitage
Ann G. Rabiroi
Michael A. Niles
Leslie C. Maclean
George G. Tankard, III

†Licensed in Virginia only
‡Licensed in California and Louisiana
††Licensed in Maryland and
District of Columbia

PLEASE RESPOND TO THE DALLAS OFFICE

October 25, 2001

**VIA FACSIMILE**

**All Counsel of Record**

Re: Cause No. B-01-CV-178; Debra Kulaw, et al vs. ACandS, Inc., et al; In the United
States District Court for the Southern District of Texas, Brownsville Division.

Dear Counsel,

Attached please find Plaintiffs' Notice of Intent to take the Telephonic Deposition of Paul
Hanly, Jr., National Trial and Coordinating Counsel for Federal-Mogul Corporation, Ferodo
Corporation, FelPro Corporation, Wagner Electric Corporation, T&N Plc., T&N Ltd., Gasket
Holding, Inc., Flexitallic, Inc. and/or related companies, subject to Plaintiffs' Motion for Remand
for Lack of Subject Matter Jurisdiction, for Mandatory Abstention, or for Discretionary
Abstention or Equitable Remand. Plaintiffs may also use this deposition in other cases recently
removed to Federal Court.

Should you need additional information regarding this matter, please contact our offices

Sincerely,

Jeffrey B. Simon

JBS/mlm
Enclosure
CC: All Counsel of Record

Counsel of record:

| | | | |
|---|---|---|---|
| Ed Pedernias (Garlock) | 915-634-7207 | Ferguson McNeil (Narco) | 713-756-2344 |
| Frank Norman (CC&S) | 713-658-1921 | Karen Marton (Anneick) | 713-229-1522 |
| Kenneth Morris (Alcoa) | 214-505-3976 | Kenneth Rhodes (AC&S) | 713-629-8161 |
| Mel Bailey (GP) | 214-748-3630 | Jeffrey Lusky (Mors) | 915-587-8401 |
| Todd Wade (Kelly Moore) | 713-525-4295 | James Tompkins (CB) | 712-800-8999 |

Robert Williamson (Guardline)          228-762-3223
Gary Ellison (RS/Kaiser)               214-210-2500
William Arnold (Uniroyal)              314-905-3978
Donald Godwin (Dresser)                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
L. Miltenberger (APG, HW/INTG)         817-820-0373
James Riley (Foster Wheeler)           713-651-0210
Kathy Herman (Synimoid)                314-749-3620
Burgain G. Hayes (HoffmanLR)           512-474-1129
Tim Ilagan (Quigley)                   713-960-1527
Gary Ellison (Certainteed/FedMog)      216-210-2500
Diana Reujem                           314-621-1034

Anticipated cansel of record:

David Jeans (Capco)                    915-832-7333
Gary Ellison (Riley Staker)            214-210-2500
Gary Ellison (T&N)                     214-210-2500

Shelby A. Jordan                       361-884-6620 5616
Joe Spencer, Jr.                       915-532-7535
Melissa Farrell                        512-476-7832
Paul Healy, Jr.                        212-593-9028

Thomas Dougall (Bondax/Proko) 803-728-6767
David Jeans (Amroo)                    915-832-7333
John Hill (Madison)                    713-223-3717
James Harris (PPerkson)                400-833-6240
Thomas Tardy (Gasket)                  214-985-3976
Clay Wrbin (Aqua-Chem)                 901-595-4511
Prauska (ACEES)                        214-651-8116
David Speih (CB)                       713-650-9705
William Book (Marx)                    713-655-7727
Gail Jenkins (Proko)                   409-832-4242

10/25/01   THU 15:32   [TX/RX NO 8827] @09

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEBRA KULAW, Individually and as Personal Representative of the Heirs and Estate of LEVAUGHN DARNOLD, | § § § § | |
| PLAINTIFFS | § § | |
| vs. | § § | |
| ACandS, Inc., et al | § | C.A. NO. B – 01 – CV – 178 |
| DEFENDANTS | § § | |

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC. | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

## PLAINTIFFS' NOTICE OF INTENT TO TAKE THE TELEPHONIC DEPOSITION OF PAUL HANLY, JR.

TO DEFENDANTS AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure, and subject to Plaintiffs' Motion for Remand for Lack of Subject Matter Jurisdiction, for Mandatory Abstention, or for Discretionary Abstention or Equitable Remand, Plaintiffs will take the Telephonic Deposition of Paul Hanly, Jr., National Trial and Coordinating Counsel for Federal-Mogul Corporation, Ferodo Corporation, FelPro Corporation, Wagner Electric Corporation, T&N Plc., T&N Ltd., Gasket Holding, Inc., Flexitallic, Inc. and/or related companies, on Friday, October 26, 2001, at 2:00 p.m. Eastern Standard

CtbPDF - www.fastio.com

Time. Deponent's phone number is 212-593-8000. Please note the following numbers for telephonic conferencing of this deposition:

> **Call-In Number:**     1-800-333-1591
> **Participant Code:**    641103

The deposition will take place before a certified court reporter provided by Henjum Goucher Reporting, 2501 Oak Lawn Ave, Suite 435, Dallas, Texas 75219, 214-521-1188.

Parties are invited to attend this deposition by telephone and cross-examine the witness. The deposition will continue from day to day until completed.

Respectfully submitted,
WATERS & KRAUS, LLP

JEFFREY B. SIMON
State Bar No. 00788420
PETER A. KRAUS
State Bar No. 11712980
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
214-357-6244
214-357-7252 Fax
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served on all counsel of record by facsimile this 25th day of October, 2001.

JEFFREY B. SIMON

CVisPDF – www.fastio.com

# EXHIBIT "B"

CutePDF – www.fastio.com

# RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1201 EAST VAN BUREN

P. O. BOX 2155

BROWNSVILLE, TEXAS 78522

TELEPHONE (956) 542-7441

TELECOPIER (956) 541-2170

WWW.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1943)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY

LAURA J. NABIR
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
ROSANNA TILLAGOMEZVELA
TERI L. DANISH
DARRYL E. ATKINSON

*BOARD CERTIFIED IN PERSONA
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

*BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

October 25, 2001

Via Facsimile: 214-357-7252

Mr. Jeffrey B. Simon
Waters & Kraus, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204

Re:   Cause No. B-01-CV-178; Debra Kulaw, et al. vs. Able Supply Co., et al.

Dear Mr. Simon:

I have a copy of a letter discussing a notice of deposition of Paul Hanly, Jr. Apparently the letter was faxed to almost every lawyer in this case except for me. Please make sure I am on your list for future correspondence. I do not have the notice of deposition.

Under the Federal Rules deposition notices for a deposition must be reasonable. A notice less than 24 hours, I do not believe is reasonable. Further, telephonic depositions can not be taken in Federal Court without agreement of counsel or order of the Court. I have not seen a Court order for this deposition and I certainly do not agree to it. Also parties are prevented from conducting discovery as you are attempting under Rule 26 of the Federal Rules of Civil Procedure. Let me know if I need to file a motion for protection of if you agree to reschedule the deposition.

Lastly, it seems odd to me that you are attempting to take the deposition of a representative of a party in Bankruptcy. Did you get the Automatic Stay lifted in order to conduct this discovery? If so, I would like to see some agreement. If not, I believe you are in violation of the Automatic Stay.

If I do not hear from you immediately I will proceed to file the appropriate motions tomorrow morning in Federal Court.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Mitchell C. Chaney

MCALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 618-1807 TELECOPIER (956) 618-2107
HARLINGEN, TEXAS OFFICE: 601 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0215 TELECOPIER (956) 423-2036

CVISPDF – www.fastio.com

# EXHIBIT "C"

CVisPDF – www.fastio.com

Case 1:01-cv-00181   Document 12   Filed in TXSD on 10/30/2001   Page 22 of 29

# WATERS & KRAUS, LLP

C. ANDREW WATERS*
PETER A. KRAUS**

Gayle M. Mortola
David C. Greenstone
Barry L. Hobbitt
B. Scott Kruka
Rhonda S.Illivan Cleaves
Ashley L. Watkins
Troyce G. Wolf
F. Leighton Durham. III

*Licensed in Texas, California, North
Carolina, and District of Columbia
**Licensed in Texas and Virginia

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

---

200 Oceangate, Suite 520
Long Beach, California 90802
Telephone 562-436-8833
Telecopier 562-590-7296

---

10231 Warwick Blvd.
Newport News, Virginia 23601
Telephone 757-223-1275
Telecopier 757-223-1276

Of Counsel.
Charles S. Siegel
†Jonathan A. Smith-George
Charles E. Lance

Jeffrey B. Simon
Darren P. McDowell
‡Michael L. Armitage
Ron C. Edkins
Melissa A. Miles
Leslie C. MacLean
††George G. Tankard. III

†Licensed in Virginia only
‡Licensed in California and Louisiana
††Licensed in Maryland and
District of Columbia

PLEASE RESPOND TO THE DALLAS OFFICE

October 29, 2001

**VIA FACSIMILE**

**All Counsel of Record**

     Re: Cause No. B-01-CV-178; Debra Kulaw, et al vs. ACandS, Inc., et al; In the United States District Court for the Southern District of Texas, Brownsville Division

    *IN RE:* All Waters and Kraus Asbestos Cases removed to Federal Court on October 19, 2001.

Dear Counsel,

    Attached please find Plaintiffs' Second Amended Notice of Intent to take the Oral Deposition of Paul Hanly, Jr., National Trial and Coordinating Counsel for Federal-Mogul Corporation, Ferodo Corporation, FelPro Corporation, Wagner Electric Corporation, T&N Plc., T&N Ltd., Gasket Holding, Inc., Flexitallic, Inc. and/or related companies, subject to Plaintiffs' Motion for Remand for Lack of Subject Matter Jurisdiction, for Mandatory Abstention, or for Discretionary Abstention or Equitable Remand. Plaintiffs may also use this deposition in other cases recently removed to Federal Court.

    Should you need additional information regarding this matter, please contact our offices

Sincerely,

*Jeffrey B. Simon /mlm*

Jeffrey B. Simon

JBS/mlm
Enclosure
CC: All Counsel of Record

## Counsel of record:

| | | | |
|---|---|---|---|
| Ed Penicolas (Garlock) | 915-534-7207 | Ferguson McNeil (Natcc) | 713-758-2346 |
| Frank Harmon (CC&S) | 713-658-1921 | Karen Maston (Ametek) | 713-229-1522 |
| Kenneth Morris (Alcoa) | 214-905-3976 | Kenneth Rhodes (AC&S) | 713-529-8161 |
| Mel Bailey (GP) | 214-749-5620 | Jeffrey Lucky (Mars) | 915-587-8401 |
| Todd Wade (Kelly Moore) | 713-525-6295 | James Tompkins (CE) | 713-599-0777 |
| Robert Wilkinson (Guardline) | 228-762-3223 | Thomas Dougall (Bondex/Proko) | 803-788-6767 |
| Gary Elliston (RS/Kaiser) | 214-210-2500 | David Jeans (Asarco) | 915-832-7333 |
| William Arnold (Uniroyal) | 214-905-3976 | John Hill (Metlife) | 713-223-3717 |
| Donald Godwin (Dresser) | 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 | James Harris (Flintkote) | 409-833-4240 |
| L.Miltenberger(APG, HW/IND) | 817-820-0373 | Thomas Tardy (Gasket) | 214-905-3976 |
| James Riley (Foster Wheeler) | 713-651-0220 | Clay White (Aqua-Chem) | 903-595-4511 |
| Kathy Hermes (Synkoloid) | 214-749-5620 | Pranake (AC&S) | 214-651-8116 |
| Burgain G. Hayes (Hoffman I.R) | 512-474-1129 | Daniel Spain (CE) | 713-650-9701 |
| Tim Hogan (Quigley) | 713-960-1527 | William Book (Mars) | 713-655-7727 |
| Gary Elliston (Certainteed/FedMog) | 214-210-2500 | Gail Jenkins (Proko) | 409-832-4242 |
| Diana Henjum | 214-521-1034 | | |

## Anticipated counsel of record:

| | |
|---|---|
| David Jeans (Capco) | 915-832-7333 |
| Gary Elliston (Riley Stoker) | 214-210-2500 |
| Gary Elliston (T&N) | 214-210-2500 |
| | |
| Shelby A. Jordan | 361-884-5678 |
| Joe Spencer, Jr | 915-532-7535 |
| Melissa Ferrell | 512-476-7832 |
| Paul Hanly, Jr. | 212-593-9058 |
| Mitchell Cheney | 956-541-2170 |
| Roy Brandys | 915-534-7207 |
| Ray Harris | 214-999-5747 |
| William Mahoney | 312-645-7711 |
| James Old | 409-838-4050 |
| Ken Wall | 512-479-1101 |

*Henjum Goucher 214-521-1034*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


| | | |
|---|---|---|
| DEBRA KULAW, Individually and as | § | |
| Personal Representative of the Heirs | § | |
| and Estate of LEVAUGHN DARNOLD, | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| vs. | § | |
| | § | |
| ACandS, Inc., et al | § | C.A. NO. B – 01 – CV – 178 |
| | § | |
| DEFENDANTS | § | |

---

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC. | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

---

*IN RE:* ALL WATERS AND KRAUS ASBESTOS CASES REMOVED TO
FEDERAL COURT ON OCTOBER 19, 2001, OR THEREAFTER

---

## PLAINTIFFS' SECOND AMENDED NOTICE OF INTENT TO TAKE THE ORAL DEPOSITION OF PAUL HANLY, JR.

TO DEFENDANTS AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

and subject to Plaintiffs' Motion for Remand for Lack of Subject Matter Jurisdiction, for

Mandatory Abstention, or for Discretionary Abstention or Equitable Remand, Plaintiffs

will take the Oral Deposition of Paul Hanly, Jr., National Trial and Coordinating Counsel

for Federal-Mogul Corporation, Ferodo Corporation, FelPro Corporation, Wagner

Case 1:01-cv-00181   Document 12   Filed in TXSD on 10/30/2001   Page 25 of 29

Electric Corporation, T&N Plc., T&N Ltd., Gasket Holding, Inc., Flexitallic, Inc. and/or

related companies, on Friday, November 2, 2001, at 11:00 a.m. at the law offices of

Coblence and Warner, 415 Madison Ave, New York, NY 10017, telephone number 212-

593-8000.

The deposition will take place before a certified court reporter provided by

Henjum Goucher Reporting, 2501 Oak Lawn Ave, Suite 435, Dallas, Texas 75219, 214-

521-1188.

Parties are invited to attend this deposition by telephone and cross-examine the

witness. The deposition will continue from day to day until completed.



Respectfully submitted,
**WATERS & KRAUS, LLP**



JEFFREY B. SIMON
State Bar No. 00788420
PETER A. KRAUS
State Bar No. 11712980
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
214-357-6244
214-357-7252 Fax
**ATTORNEYS FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been
served on all counsel of record by facsimile this 29th day of October, 2001.



JEFFREY B. SIMON

ClibPDF - www.fastio.com

# EXHIBIT "D"

CltdPDF – www.fastio.com

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

ATTORNEYS AT LAW

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1201 EAST VAN BUREN

P. O. BOX 2155

BROWNSVILLE, TEXAS 78522

TELEPHONE (956) 542-7441

TELECOPIER (956) 541-2170

www.rcclaw.com

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A (TONY) RODRIGUEZ
ALISON D KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A COWLEY‡

LAURA J URBIS
LECIA L CHANEY
R PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
DARRYL E ATKINSON

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

October 29, 2001

Mr. Jeffrey B. Simon
WATERS & KRAUS, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, Texas   75204

*Via facsimile:  214-357-7252*

Re:    Cause No. B-01-CV-178; Debra Kulaw, et al. vs. Able Supply Co., et al.

Dear Mr. Simon:

On Friday, I received your latest notice for the deposition of Paul Hanly, Jr.

As I previously pointed out to you in my letter of October 25, Rule 26 specifically prohibits discovery from occurring prior to the conference of the parties. I refer you to the Federal Rules of Civil Procedure, Rules 26(f) and Rule 26(d) which states that a party may not seek discovery from any source before the parties have conducted an initial conference. I am enclosing for your information, a copy of the Order Setting Conference entered by Judge Tagle. Our initial Rule 26(f) conference is not scheduled to occur until on or before February 4, 2002. Therefore, the deposition notice which you faxed to me on Friday is in violation of both the Federal Rules of Civil Procedure and Judge Tagle's Order Setting Conference.

Also, I presume that there is an automatic stay involving Federal Mogul and any discovery directed at its representatives. If you have been able to lift the stay, I would appreciate your faxing me a copy of any order lifting the stay as soon as possible.

Please consider this letter my attempt to confer with you about the scheduling of this deposition which I am obligated to do under our Local Rules. If I do not hear from you regarding this matter by the end of the day, I will file an emergency motion for protective order tomorrow.

Mr. Jeffrey B. Simon
October 29, 2001
Page 2


If you do not have any questions or comments, please do not hesitate to contact me.

Very truly yours,

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

Mitchell C. Chaney

MCC/ss
Enclosure