United States District Court
Southern District of Texas
ENTERED

OCT 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 01-10578 |
| | § | Chapter 11 |
| Federal-Mogul Global, Inc., | §  | (Pending in the United States Bankruptcy |
| Debtor. | § | Court for the District of Delaware) |

| | | |
|---|---|---|
| Debra Kulaw, Individually and | § | |
| as Personal Representative of the | § | |
| the Heirs and Estate of Levaughn | § | |
| Darnold, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. B-01-181 |
| | § | |
| Able Supply Co., et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on October 30, 2001, the Court considered Defendant Garlock Inc.'s Emergency Motion for Protection and to Quash Deposition [Dkt. No. 12]. The Court will not consider this motion without the order from the bankruptcy court in the record. Therefore, the movant is hereby **ORDERED** to provide the Court with a copy of the stay to which it refers in its motion for protection and for stay.

DONE this 30th day of October, 2001, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge