14

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |

-------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| DEBRA KULAW, Individually and | § | |
| As Personal Representative of the Heirs | § | |
| and Estate of LEVAUGHN DARNOLD | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-181 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY; | § | |
| AC&S, INC.; | § | |
| AC & S, INC. (SUED INDIVIDUALLY | § | |
| AND AS SUCCESSOR-IN-INTEREST TO | § | |
| ARMSTRONG CONTRACTING & | § | |
| SUPPLY, INC.); | § | |
| AMF VOIT F/K/A TRIPLE B. | § | |
| CORPORATIONS; | § | |
| AMOCO CORPORATION; | § | |
| A.P. GREEN INDUSTRIES INC.; | § | |
| ARMSTRONG WORLD INDUSTRIES, INC. | § | |
| ASBESTOS CLAIMS MANAGEMENT; | § | |
| CORP. F/K/A NATIONAL GYPSUM; | § | |
| BABCOCK & WILCOX; | § | |
| BROWN & ROOT, INC.; | § | |
| CERTAINTEED CORPORATION; | § | |
| COMBUSTION ENGINEERGING, INC;. | § | |
| CROWN CORK & SEAL COMPANY, INC.; | § | |
| DRESSER INDUSTRIES, SUED | § | |
| INDIVIDUALLY AND AS | § | |
| SUCCESOR-IN-INTERST TO HARBISON | § | |
| WALKER REFRACTORIES AND | § | |
| WORTHINGTON PUMP INC; | § | |
| FEDERAL MOGUL CORPORATION, | § | |
| (INDIVIDUALLY AND AS | § | |
| SUCCESSOR-IN-INTEREST TO | § | |
| T& N, PLC, F/K/A TURNER & | § | |
| NEWELL PLC); | § | |

Page 1

FIBREBOARD CORPORATION;                    §
FLINTOKE COMPANY;                          §
FOSTER WHEELER ENERGY                      §
CORPORATION;                               §
GAF BUILDING MATERIALS                     §
CORPORATION, INDIVIDUALLY                  §
AND AS SUCESSOR TO GAF CORP.,              §
AND EDGECLIFF CORP;                        §
GARLOCK INC;                               §
GASKET HOLDING INC.;                       §
GASKET HOLDING INC.;                       §
(SUED INDIVIDUALLY AND AS                  §
SUCCESSOR-IN-INTEREST TO                   §
FLEXITALLIC GASKET CO.);                   §
GENERAL REFRACTORIES COMPANY;              §
GEORGIA-PACIFIC CORPORATION;               §
GEORGIA-PACIFIC CORPORATION                §
(SUED INDIVIDUALLY AND AS                  §
SUCCESSOR-IN-INTEREST TO                   §
BESTWALL GYPSUM COMPANY);                  §
GUARDLINE, INC.;                           §
HARBISON-WALKER REFRACTORIES;              §
HARBISON-WALKER REFRACTORIES              §
COMPANY (FORMALLY A DIVISION               §
 OF INDRESCO, INC.);                       §
INDRESCO INC.;                             §
INDRESCO INC. (SUED INDIVIDUALLY           §
AS SUCCSSOR-IN-INTEREST TO                 §
HARBISON-WALKER REFRACTORIES,              §
A DIVISION OF INDRESCO, INC.);             §
J. T. THORPE COMPANY;                      §
KAISER ALUMINUN & CHEMICAL                 §
CORPORATION;                               §
KELLY MOORE PAINT COMPANY, INC.;           §
METROPOLITAN LIFE INSURANCE                §
COMPANY;                                   §
MINNESOTA MINING &                         §
MANUFACTURING;                             §
NORTH AMERICAN REFRACTORIES                §
COMPANY;                                   §
OWENS-CORNING FIBERGLAS CORP.;             §
OWENS ILLINOIS, INC.;                      §
OWENS ILLINOIS, INC.                       §
(SUED INDIVIDUALLY AND AS                  §
SUCCESSOR –IN- INTEREST TO                 §
OWENS-ILLIONIS GLASS COMPANY)              §
PITTSBURGH CORNING CORP.;                  §
PPG INDUSTRIES, INC.;                      §
PROKO INDUSTRIES, INC.;                    §

QUIGLEY COMPANY, INC.;                              §
RAPID-AMERICAN CORPORATION;                         §
RILEY STOKER CORPORATION;                           §
THE SYNKOLOID COMPANY;                              §
T&N PLC F/K/A TURNER & NEWELL PLC;                  §
T&N PLC SUCCESSOR IN INTEREST                       §
TO KEASBEY & MATTISON;                              §
TURNER & NEWELL INDUSTRIES, INC.                    §
DBA UNITED GASKET CORP;                             §
TURNER NEWELL, LTD. D/B/A UNITED                    §
FABRICATED;                                         §
UNIROYAL HOLDING, INC.                              §
(SUED INDIVIDUALLY AND AS                           §
SUCCESSOR-IN-INTERST TO U.S.                        §
RUBBER COMPANY;                                     §
U.S. GYPSUM COMPANY;                                §
U.S. MINERAL PRODUCTS COMPANY;                      §
W.R. GRACE & CO.—CONN.;                             §
W.R. GRACE & CO.—CONN.                              §
(SUED INDIVIDUALLY AND AS                           §
SUCCESSOR-IN-INTEREST TO W.R.                       §
GRACE & COMPANY);                                   §
       DEFENDANTS.

## SUPPLEMENT TO
## APPLICATION AND NOTICE OF REMOVAL
## FILED BY DEFENDANT GARLOCK INC

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now Comes GARLOCK INC the Removing Defendants and one of the Defendants in the case being removed (herein "GARLOCK"), and files this Supplement to its Application and Notice of Removal of the currently pending case: *Cause No. 99-12-5218-G; Debbie Kulaw, Individually and as Personal Representative of the Heirs and Estate of LeVaughn Darnold, Deceased. v. ACandS, Inc. et al.; In the 404th Judicial District Court, Cameron County, Texas*; (herein the "Removed Case").

1.    The Removal Application lists and identifies, in accordance with the Rules of this Court, each party to this suit.   Included therein are the Debtor(s) Defendants along with all required information.

2.    The Delaware District Court has entered an order consolidating a large number of independently filed but affiliated Chapter 11 case (including the Debtor-Defendants in this case) and require that the parties use only the style above of Federal-Mogul.

3.    As a result of the two pleadings, it may not be readily evident to the Court, although the parties would know, which named Defendants are debtors in pending Chapter 11 proceedings.  Accordingly this Supplement is to specify the named Defendants who are debtors under the administratively consolidated Federal-Mogul style:

Gasket Holdings Inc, Chapter 11, Case No. 01-10684; Gasket Holding Inc. (Individuallyand As Successor-In-Interest To Flexitallic Gasket Company), Chapter 11, Case No. 01-10684, as shown on Exhibit "1".

4.      Attached hereto as Exhibit "1" and incorporated herein by reference is the consolidation order entered in *In Re Federal Mogul* specifying the other Debtor-entities which are administratively consolidated under the heading and docket number of *In re Federal Mogul* (Exhibit "1" omits unrelated pages dealing with numerous other affiliated debtors).

5.      The Defendant Garlock (and most, if not all, other co-defendants) have cross-actions in this case against the Defendant-Debtor(s) named above and the Debtor has cross-actions against Removing Defendant and others in this suit.

WHEREFORE, PREMISES CONSIDERED, GARLOCK INC prays that this Supplement be made a part of the Application in this Removed Case and be docketed pursuant to 28 U.S.C. §§ 157(b)(5), 1441, 1452(a), and Rule 9027, Rules of Bankruptcy Procedure and the Local Rules and that this Court assume jurisdiction of this case for the purposes of 28 U.S.C. § 157(B)(5), and that Removing Defendant have such other and further relief, at law or in equity to which it may show itself to be justly entitled.

Respectfully submitted,

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
**Jordan, Hyden, Womble & Culbreth, P.C.**
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone:  (361) 884-5678
Telecopier:  (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

Page 6

# CERTIFICATE OF SERVICE

I, Teri L. Danish,  hereby certify that a true and correct copy of the Supplement to Application and Notice of Removal Filed by Garock Inc, without exhibits, was served by First Class Mail, on all counsel of record as listed on the attached Exhibit "1,", this 1st day of November, 2001:


Teri L. Danish

CVisPDF - www.fastio.com

# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FEDERAL-MOGUL GLOBAL INC., | Case No. 01-10578 (___) |
| Debtor. | |

| | |
|---|---|
| In re | Chapter 11 |
| T&N LIMITED, | Case No. 01-10580 (___) |
| Debtor. | |

| | |
|---|---|
| In re | Chapter 11 |
| CARTER AUTOMOTIVE COMPANY, INC., ✓ | Case No. 01-10585 (___) |
| Debtor. | |

| | |
|---|---|
| In re ✓ | Chapter 11 |
| FEDERAL-MOGUL CORPORATION, | Case No. 01-10582 (___) |
| Debtor. | |

1

DOCS_DE:31300.2

# EXHIBIT " 1 "

| | |
|---|---|
| In re | Chapter 11 |
| FELT PRODUCTS MANUFACTURING CO., | Case No. 01-10657 (___) |
| Debtor. | |

| | |
|---|---|
| In re | Chapter 11 |
| FM INTERNATIONAL LLC, | Case No. 01-10665 (___) |
| Debtor. | |

| | |
|---|---|
| In re | Chapter 11 |
| FERODO AMERICA, INC., | Case No. 01-10673 (___) |
| Debtor. | |

| | |
|---|---|
| In re | Chapter 11 |
| GASKET HOLDINGS INC., | Case No. 01-10684 (___) |
| Debtor. | |

| | |
|---|---|
| In re | Chapter 11 |
| J.W.J. HOLDINGS, INC., | Case No. 01-10685 (___) |
| Debtor. | |

5

DOCS_DE:31300.2

```
---------------------------------------------
In re                              : Chapter 11
                                   :
   WELLWORTHY PROPERTY             : Case No. 01-10773 (___)
   DEVELOPMENTS LIMITED,           :
                                   :
              Debtor.              :
---------------------------------------------
```

```
---------------------------------------------
In re                              : Chapter 11
                                   :
   WILLIAM C. JONES (POLYMERS)     : Case No. 01-10719 (___)
   LIMITED,                        :
                                   :
              Debtor.              :
---------------------------------------------
```

### ORDER DIRECTING JOINT
### ADMINISTRATION OF CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors")[1] for entry of an order directing the joint administration

---

[1] The U.S. Debtors are Carter Automotive Company, Inc., Federal-Mogul Corporation, Federal-Mogul Dutch Holdings Inc., Federal-Mogul FX, Inc., Federal-Mogul Global Inc., Federal-Mogul Global Properties, Inc., Federal-Mogul Ignition Company, Federal-Mogul Mystic, Inc., Federal-Mogul Piston Rings, Inc., Federal-Mogul Powertrain, Inc., Federal-Mogul Products, Inc., Federal-Mogul Puerto Rico, Inc., Federal-Mogul Tri-Way, Inc., Federal-Mogul U.K. Holdings, Inc., Federal-Mogul Venture Corporation, Federal-Mogul World Wide, Inc., Felt Products Manufacturing Co., FM International LLC, Ferodo America, Inc., Gasket Holdings Inc., J.W.J. Holdings, Inc., McCord Sealing, Inc., and T&N Industries Inc.

The English Debtors are AE Dayton Services Limited, AE Group Machines Limited, AE Holdings Limited, AE International Limited, AE Limited, AE Piston Products Limited, AE Sales (Africa) Limited, Aeroplane & Motor Aluminium Castings Limited, Amber Supervision Limited, Ashburton Road Services Limited, Associated Engineering Group Limited, Awncast Limited, Bearings (North-Western) Limited, Brake Linings Limited, Colvan Rubber Co. Limited, Contact 100 Limited, Cosmid Limited, Cranhold Limited, Dealings Limited, Dumplington Services Limited, Duron Limited, E W Engineering Limited, Edmunds, Walker & Co. Limited, Engineering Components Limited, Federal-Mogul Acquisition Company Limited, Federal-Mogul Aftermarket UK Limited, Federal-Mogul Bradford Limited, Federal-Mogul Brake Systems Limited, Federal-Mogul Bridgwater Limited, Federal-Mogul Camshaft Castings Limited, Federal-Mogul Camshafts Limited, Federal-Mogul Engineering Limited, Federal-Mogul Eurofriction Limited, Federal-Mogul Export Services Limited, Federal-Mogul Friction Products Limited, Federal-Mogul Global Growth Limited, Federal-Mogul Ignition (U.K.) Limited, Federal-Mogul

35

DOCS_DE:31300.2

of the Chapter 11 Cases[2]; and upon consideration of the Motion and all responses thereto, and the Affidavit of David M. Sherbin, Vice President, Deputy General Counsel and Secretary of Federal-Mogul, in Support of First Day Motions; and due and proper notice of the Motion having been given under the circumstances; and it appearing that this is a core proceeding under 28 U.S.C. § 157(a); and it appearing the Debtors are "affiliates" within the meaning of section 101(2) of the Bankruptcy Code; and it appearing that joint administration of the Chapter 11 Cases is appropriate pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1; and it appearing that the relief requested is in the best interests of the Debtors, their estates and creditors, it is hereby

ORDERED, that the Motion is granted; and it is further

---

Powertrain Systems International Limited, Federal-Mogul Sealing Systems (Cardiff) Limited, Federal-Mogul Sealing Systems (Rochdale) Limited, Federal-Mogul Sealing Systems (Slough) Limited, Federal-Mogul Sealing Systems Limited, Federal-Mogul Shoreham Limited, Federal-Mogul Sintered Products Limited, Federal-Mogul Systems Protection Group Limited, Federal-Mogul Technology Limited, Federal-Mogul U.K. Limited, Ferodo Caernarfon Limited, Ferodo Limited, FHE Technology Limited, Fleetside Investments Limited, F-M UK Holding Limited, FP Diesel Limited, Friction Materials Limited, G.B. Tools & Components Exports Limited, Genthope Limited, Greet Limited, Halls Gaskets Limited, Hepworth & Grandage Limited, High Precision Equipment Limited, Inblot Limited, Instantwonder Limited, J.W. Roberts Limited, Kings Park Housing Limited, Lalton Limited, Lanoth Limited, Lanoth Precision Equipment Limited, Leeds Piston Ring & Engineering Co. Limited, M.T.A. (Kettering) Limited, Mantro Engineering Co. Limited, Mobile Distributing (Spares) Limited, Moores Plastic Units Limited, Newalls Insulation Company Limited, Ontall Limited, Payen (Europe) Limited, Pecal Limited, Presswork-Components Limited, Sintration Limited, Sourcelook Limited, Specialloid, Limited, STS (1996) Limited, TAF International Limited, T&N Holdings Limited, T&N International Limited, T&N Investments Limited, T&N Limited, T&N Materials Research Limited, T&N Piston Products Group Limited, T&N Properties Limited, T&N Shelf Eight Limited, T&N Shelf Eighteen Limited, T&N Shelf Fifteen Limited, T&N Shelf Five Limited, T&N Shelf Four Limited, T&N Shelf Fourteen Limited, T&N Shelf Nine Limited, T&N Shelf Nineteen Limited, T&N Shelf One Limited, T&N Shelf Seven Limited, T&N Shelf Six Limited, T&N Shelf Sixteen Limited, T&N Shelf Ten Limited, T&N Shelf Thirteen Limited, T&N Shelf Thirty Limited, T&N Shelf Thirty-One Limited, T&N Shelf Thirty-Three Limited, T&N Shelf Three Limited, T&N Shelf Twenty Limited, T&N Shelf Twenty-Eight Limited, T&N Shelf Twenty-Five Limited, T&N Shelf Twenty-Four Limited, T&N Shelf Twenty-Nine Limited, T&N Shelf Twenty-One Limited, T&N Shelf Twenty-Six Limited, T&N Shelf Twenty-Two Limited, T&N Shelf Two Limited, T&N Trade Marks Limited, T&N Welfare Trust Limited, TBA Belting Limited, TBA Belting (Residual) Limited, TBA Industrial Products Limited, Telford Rubber Processors Limited, Telford Technology Supplies Limited, The British Piston Ring Company Limited, The Washington Chemical Company Limited, Tinblo Limited, Touchdown Adhesive Products Limited, Turner & Newall Limited, Turner Brothers Asbestos Company Limited, Tynoda Limited, Vanwall Cars Limited, Wellworthy Limited, Wellworthy Property Developments Limited, and William C. Jones (Polymers) Limited. Unlike all the other English Debtors, T&N Investments Limited is a Scottish rather than English company and has not concurrently sought to commence administration proceedings in England.

[2]      Capitalized terms not otherwise defined herein have the meanings given them in the Motion.

36

ORDERED, that the Chapter 11 Cases shall be, and hereby are, consolidated for procedural purposes only and shall be administered jointly by the Court; and it is further

ORDERED, that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases; and it is further

ORDERED, that the Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket shall be the file and docket for Federal-Mogul Global, Inc.; and it is further

ORDERED, that pleadings in the Chapter 11 Cases shall bear a caption in the form of the joint administration caption set forth on Exhibit "A" attached hereto and incorporated herein by reference, which caption is approved in all respects, provided, however that only the Debtors shall be required to insert the footnote listing all Debtors in these cases in the caption;

ORDERED, that separate docket entries shall be made on the dockets of each of the Chapter 11 Cases (other than Federal-Mogul Global, Inc.), substantially as follows:

"An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Federal-Mogul Global Inc. and its affiliates that have concurrently commenced chapter 11 cases. The docket in the case of Federal-Mogul Global Inc., Case No. 01-10578 (____) should be consulted for all matters affecting this case."

Dated: _____ 10/4 , 2001

_____
The Honorable Sue L. Robinson

37

DOCS_DE:31300.2

# *DARNOLD SERVICE LIST*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P. 1100 Louisiana, Suite 4200 Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Jerry Kacal | AC & S, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ARMSTRONG CONTRACTING & SUPPLY, INC.) | Dunn Kacal Adams Pappas Law 2929 Allen Parkway, Suite 2600 Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Thomas Taylor | AMOCO CORPORATION | Andrews & Kurth, L.L.P. 600 Travis, Suite 4200 Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC. | Cordray, Goodrich & Miltenberger One Century Plaza 108 W. Eighth St., Ste. 500 Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| James Powers | CERTAINTEED CORPORATION | Powers & Frost 2600 Two Houston Center Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Daniel Spain | COMBUSTION ENGINEERING, INC. HARBISON WALKER | Spain & Hastings 2350 Houston Center 909 Fanin Street Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY, INC. | Crain Caton & James 3300 Two Houston Center 909 Fannin, 33rd Floor Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| Donald Godwin | DRESSER INDUSTRIES, SUED INDIVIDUALLY AND AS SUCCESOR-IN-INTERST TO HARBISON WALKER REFRACTORIES AND WORTHINGTON PUMP INC | Godwin White & Gruber 901 Main St. Suite 2500 Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Hubert A. Crouch, III | FEDERAL MOGUL CORPORATION, (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO T& N, PLC, F/K/A TURNER & NEWELL PLC) | Crouch & Inabnett 2300 Fountain Place 1445 Ross Avenue Dallas, Texas 75202 | 214-922-7100 | (214) 922-7101 |
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC 800 First City Tower 1001 Fannin Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GASKET HOLDING INC. | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Gary Elliston | GASKET HOLDING INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.) | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P. 2301 Moores Lane P.O. Box 6297 Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson 726 Delmas Avenue P.O. Box 1618 Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Gary Elliston | KAISER ALUMINUN & CHEMICAL CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| John L. Hill | METROPOLITAN LIFE INSURANCE COMPANY | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-758-2346 |
| Peter Moir | OWENS ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| Gail Jenkins | PROKO INDUSTRIES, INC. | Jenkins, Grove & Martin 2615 Calder Street, Suite 500 P.O. Box 26008 Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |
| Thomas Hogan | QUIGLEY COMPANY, INC. | Beirne, Maynard & Parsons, L.L.P. Wells Fargo Bank Tower | 713-623-0887 | 713-960-1527 |

*DARNOLD SERVICE LIST*                                                    *PAGE 2*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | | 25th Floor<br>1300 Post Oak Boulevard<br>Houston, TX 77056-3000 | | |
| Tom Taylor | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

ClibPDF - www.fastio.com