United States District Court
Southern District of Texas
FILED

NOV 0 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |
| DEBRA KULAW, Individually and | § | IN THE DISTRICT COURT OF |
| As Personal Representative of the Heirs | § | |
| and Estate of LEVAUGHN DARNOLD | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-181 |
| | § | |
| ABLE SUPPLY COMPANY; | § | |
| AC&S, INC.; | § | |
| AC & S, INC. (SUED INDIVIDUALLY | § | |
| AND AS SUCCESSOR-IN-INTEREST TO | § | |
| ARMSTRONG CONTRACTING & | § | |
| SUPPLY, INC.); | § | |
| AMF VOIT F/K/A TRIPLE B. | § | |
| CORPORATIONS; | § | |
| AMOCO CORPORATION; | § | |
| A.P. GREEN INDUSTRIES INC.; | § | |
| ARMSTRONG WORLD INDUSTRIES, INC. | § | |
| ASBESTOS CLAIMS MANAGEMENT; | § | |
| CORP. F/K/A NATIONAL GYPSUM; | § | |
| BABCOCK & WILCOX; | § | |
| BROWN & ROOT, INC.; | § | |
| CERTAINTEED CORPORATION; | § | |
| COMBUSTION ENGINEERGING, INC;. | § | |
| CROWN CORK & SEAL COMPANY, INC.; | § | |
| DRESSER INDUSTRIES, SUED | § | |
| INDIVIDUALLY AND AS | § | |
| SUCCESOR-IN-INTERST TO HARBISON | § | |
| WALKER REFRACTORIES AND | § | |
| WORTHINGTON PUMP INC; | § | |
| FEDERAL MOGUL CORPORATION, | § | |
| (INDIVIDUALLY AND AS | § | |
| SUCCESSOR-IN-INTEREST TO | § | |
| T& N, PLC, F/K/A TURNER & | § | |
| NEWELL PLC); | § | |

| | |
|---|---|
| FIBREBOARD CORPORATION; | § |
| FLINTOKE COMPANY; | § |
| FOSTER WHEELER ENERGY CORPORATION; | § |
| GAF BUILDING MATERIALS CORPORATION, INDIVIDUALLY AND AS SUCESSOR TO GAF CORP., AND EDGECLIFF CORP; | § |
| GARLOCK INC; | § |
| GASKET HOLDING INC.; | § |
| GASKET HOLDING INC.; (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.); | § |
| GENERAL REFRACTORIES COMPANY; | § |
| GEORGIA-PACIFIC CORPORATION; | § |
| GEORGIA-PACIFIC CORPORATION (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO BESTWALL GYPSUM COMPANY); | § |
| GUARDLINE, INC.; | § |
| HARBISON-WALKER REFRACTORIES; | § |
| HARBISON-WALKER REFRACTORIES COMPANY (FORMALLY A DIVISION OF INDRESCO, INC.); | § |
| INDRESCO INC.; | § |
| INDRESCO INC. (SUED INDIVIDUALLY AS SUCCSSOR-IN-INTEREST TO HARBISON-WALKER REFRACTORIES, A DIVISION OF INDRESCO, INC.); | § |
| J. T. THORPE COMPANY; | § |
| KAISER ALUMINUN & CHEMICAL CORPORATION; | § |
| KELLY MOORE PAINT COMPANY, INC.; | § |
| METROPOLITAN LIFE INSURANCE COMPANY; | § |
| MINNESOTA MINING & MANUFACTURING; | § |
| NORTH AMERICAN REFRACTORIES COMPANY; | § |
| OWENS-CORNING FIBERGLAS CORP.; | § |
| OWENS ILLINOIS, INC.; | § |
| OWENS ILLINOIS, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR –IN- INTEREST TO OWENS-ILLIONIS GLASS COMPANY) | § |
| PITTSBURGH CORNING CORP.; | § |
| PPG INDUSTRIES, INC.; | § |
| PROKO INDUSTRIES, INC.; | § |

| | |
|---|---|
| QUIGLEY COMPANY, INC.; | § |
| RAPID-AMERICAN CORPORATION; | § |
| RILEY STOKER CORPORATION; | § |
| THE SYNKOLOID COMPANY; | § |
| T&N PLC F/K/A TURNER & NEWELL PLC; | § |
| T&N PLC SUCCESSOR IN INTEREST | § |
| TO KEASBEY & MATTISON; | § |
| TURNER & NEWELL INDUSTRIES, INC. | § |
| DBA UNITED GASKET CORP; | § |
| TURNER NEWELL, LTD. D/B/A UNITED | § |
| FABRICATED; | § |
| UNIROYAL HOLDING, INC. | § |
| (SUED INDIVIDUALLY AND AS | § |
| SUCCESSOR-IN-INTERST TO U.S. | § |
| RUBBER COMPANY; | § |
| U.S. GYPSUM COMPANY; | § |
| U.S. MINERAL PRODUCTS COMPANY; | § |
| W.R. GRACE & CO.—CONN.; | § |
| W.R. GRACE & CO.—CONN. | § |
| (SUED INDIVIDUALLY AND AS | § |
| SUCCESSOR-IN-INTEREST TO W.R. | § |
| GRACE & COMPANY); | § |
|     DEFENDANTS. | |

# DEFENDANT GARLOCK INC'S
## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Defendant Garlock Inc. hereby files this Certificate of Financially Interested Persons and states that it is currently aware of the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

    Plaintiff Debra Kulaw, Individually and as Personal Representative of the Heirs and Estate of LeVaughn Darnold

    Goodrich Corporation, and certain subsidiaries including Garlock, Inc.

Defendant is unaware of any other financially interested persons at this time.

Respectfully submitted,

_____
Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

_[signature]_

Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEYS FOR GARLOCK INC

## CERTIFICATE OF SERVICE

I, Mitchell C. Chaney, hereby certify that a true and correct copy of foregoing document was served by First Class Mail, on all counsel of record as listed on the attached service list this 5th day of November, 2001:

_____
Mitchell C. Chaney

# DARNOLD SERVICE LIST

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Jerry Kacal | AC & S, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ARMSTRONG CONTRACTING & SUPPLY, INC.) | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Thomas Taylor | AMOCO CORPORATION | Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC. | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500<br>Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| James Powers | CERTAINTEED CORPORATION | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Daniel Spain | COMBUSTION ENGINEERING, INC.<br><br>HARBISON WALKER | Spain & Hastings<br>2350 Houston Center<br>909 Fanin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY, INC. | Crain Caton & James<br>3300 Two Houston Center<br>909 Fannin, 33rd Floor<br>Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| Donald Godwin | DRESSER INDUSTRIES, SUED INDIVIDUALLY AND AS SUCCESOR-IN-INTERST TO HARBISON WALKER REFRACTORIES AND WORTHINGTON PUMP INC | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Hubert A. Crouch, III | FEDERAL MOGUL CORPORATION, (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO T& N, PLC, F/K/A TURNER & NEWELL PLC) | Crouch & Inabnett 2300 Fountain Place 1445 Ross Avenue Dallas, Texas 75202 | 214-922-7100 | (214) 922-7101 |
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC 800 First City Tower 1001 Fannin Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GASKET HOLDING INC. | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Gary Elliston | GASKET HOLDING INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.) | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P. 2301 Moores Lane P.O. Box 6297 Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson 726 Delmas Avenue P.O. Box 1618 Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Gary Elliston | KAISER ALUMINUN & CHEMICAL CORPORATION | Dehay & Elliston NationsBank Plaza 901 Main Street, Suite 3500 Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| John L. Hill | METROPOLITAN LIFE INSURANCE COMPANY | Locke, Liddell 600 Travis St., Suite 3400 Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins 2300 First City Tower 1001 Fannin Houston, Texas 77002-6760 | 713-758-3882 713-758-2222 | 713-758-2346 |
| Peter Moir | OWENS ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C. 2001 Bryan Street, Suite 1800 Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| Gail Jenkins | PROKO INDUSTRIES, INC. | Jenkins, Grove & Martin 2615 Calder Street, Suite 500 P.O. Box 26008 Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |
| Thomas Hogan | QUIGLEY COMPANY, INC. | Beirne, Maynard & Parsons, L.L.P. Wells Fargo Bank Tower | 713-623-0887 | 713-960-1527 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
|  |  | 25th Floor<br>1300 Post Oak Boulevard<br>Houston, TX 77056-3000 |  |  |
| Tom Taylor | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |