

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NOV 1 4 2001

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |
| DEBRA KULAW, Individually and | § | |
| As Personal Representative of the Heirs | § | |
| and Estate of LEVAUGHN DARNOLD | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-181 |
| | § | |
| ABLE SUPPLY COMPANY, ET AL. | § | |
| DEFENDANTS, | § | |

### SUPPLEMENT TO
### APPLICATION AND NOTICE OF REMOVAL
### FILED BY DEFENDANT GARLOCK INC
### TO ADD ADDITIONAL STATE COURT PLEADINGS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now Comes GARLOCK INC the Removing Defendant and one of the Co-Defendants in the case being removed (herein "GARLOCK"), and files this Supplement to its Application and Notice of Removal as follows:

1.   On October 19, 2001 Garlock filed its Application and Notice of Removal and indicated it would promptly, and, from time to time, supplement the removal with all

Page 1

such pleadings or other matters which may not have been reasonably available at the time of removal.

2.  Pursuant to Local Rule 81, attached hereto is an index of the matters being filed and photocopies of additional state court pleadings which were not available at the time of removal.

WHEREFORE, PREMISES CONSIDERED, GARLOCK INC prays that this Supplement be made a part of the Application in this Removed Case and be docketed pursuant to 28 U.S.C. §§ 157(b)(5), 1441, 1452(a), and Rule 9027, Rules of Bankruptcy Procedure and the Local Rules and that this Court assume jurisdiction of this case for the purposes of 28 U.S.C. § 157(B)(5), and that Removing Defendant have such other and further relief, at law or in equity to which it may show itself to be justly entitled.

Respectfully submitted,

*/s/ Teri L. Danish*

Mitchell C. Chaney
SB# 04107500
Fed. ID # 1918
Eduardo Roberto Rodriguez
SB# 17144000
Fed. ID # 1944
Teri L. Danish
SB# 05375320
Fed. ID # 12862
RODRIGUEZ, COLVIN & CHANEY, LLP
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441; fax: (956) 541-2170
ATTORNEY IN CHARGE FOR GARLOCK INC

*/s/ Shelby A. Jordan (w/perm)*

Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Harlin C. Womble, Jr.
State Bar No. 21880300
Admissions No. 8959
Nathaniel Peter Holzer
State Bar No. 00793971
Admissions No. 21503
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 N. Shoreline Dr., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 884-5616
REMOVAL COUNSEL FOR GARLOCK INC

Page 3

## CERTIFICATE OF CONFERENCE

I, Teri L. Danish, hereby certify that on November 2, 2001, Melissa Ferrell, one of the counsel for Garlock Inc, telephoned Charles Siegel, counsel for the Plaintiffs, and Mr. Siegel, on behalf of all of the Plaintiffs, indicated that he will not oppose the relief requested by Garlock Inc herein. Accordingly, a hearing will not be necessary.

*Teri L. Danish*

Teri L. Danish

Page 5

## CERTIFICATE OF SERVICE

I, Teri L. Danish, hereby certify that a true and correct copy of foregoing document was served by facsimile and U.S. mail on November <u>14th</u>, 2001 on Peter Kraus, counsel for Plaintiffs. It is being served the same day or as soon thereafter as possible on all counsel of record, by U.S. mail.

*Teri L. Danish*

Teri L. Danish

# *DARNOLD SERVICE LIST*

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Lisa Powell | ABLE SUPPLY COMPANY | Jackson Walker, L.L.P.<br>1100 Louisiana, Suite 4200<br>Houston, Texas 77002 | 713-752-4200 | 713-752-4221 |
| Jerry Kacal | AC&S, INC. | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Jerry Kacal | AC & S, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO ARMSTRONG CONTRACTING & SUPPLY, INC.) | Dunn Kacal Adams Pappas Law<br>2929 Allen Parkway, Suite 2600<br>Houston, TX 77019-2151 | 713-529-3992 | 713-529-8161 |
| Thomas Taylor | AMOCO CORPORATION | Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Lewis Miltenberger | A.P. GREEN INDUSTRIES INC. | Cordray, Goodrich & Miltenberger<br>One Century Plaza<br>108 W. Eighth St., Ste. 500<br>Fort Worth, TX 76102 | 817-820-0343 | 817-820-0373 |
| Donald Godwin | BROWN & ROOT, INC. | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |
| James Powers | CERTAINTEED CORPORATION | Powers & Frost<br>2600 Two Houston Center<br>Houston, Texas 77010 | 713-767-1555 | 713-767-1799 |
| Daniel Spain | COMBUSTION ENGINEERGING, INC.<br><br>HARBISON WALKER | Spain & Hastings<br>2350 Houston Center<br>909 Fanin Street<br>Houston, Texas 77010 | 713-650-9700 | 713-650-9701 |
| Frank G. Harmon | CROWN CORK & SEAL COMPANY, INC. | Crain Caton & James<br>3300 Two Houston Center<br>909 Fannin, 33rd Floor<br>Houston, Texas 77010 | 713-658-2323 | 713-752-8618 |
| Donald Godwin | DRESSER INDUSTRIES, SUED INDIVIDUALLY AND AS SUCCESOR-IN-INTERST TO HARBISON WALKER REFRACTORIES AND WORTHINGTON PUMP INC | Godwin White & Gruber<br>901 Main St.<br>Suite 2500<br>Dallas, Texas 75202 | 214-939-4816 | 214-760-7332 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| Hubert A. Crouch, III | FEDERAL MOGUL CORPORATION, (INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO T&N, PLC, F/K/A TURNER & NEWELL PLC) | Crouch & Inabnett<br>2300 Fountain Place<br>1445 Ross Avenue<br>Dallas, Texas 75202 | 214-922-7100 | (214) 922-7101 |
| James M. Riley | FOSTER WHEELER ENERGY CORPORATION | Coats, Rose, Yale, Ryman & Lee, PC<br>800 First City Tower<br>1001 Fannin<br>Houston, Texas 77002 | 713-651-0111 | 713-651-0220 |
| Gary Elliston | GASKET HOLDING INC. | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Gary Elliston | GASKET HOLDING INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC GASKET CO.) | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| Frank Poff | GENERAL REFRACTORIES COMPANY | Crisp, Jordan & Boyd, L.L.P.<br>2301 Moores Lane<br>P.O. Box 6297<br>Texarkana, Texas 75505-6297 | 903-838-6123 | 903-832-8489 |
| Robert W. Wilkinson | GUARDLINE, INC. | Dogan & Wilkinson<br>726 Delmas Avenue<br>P.O. Box 1618<br>Pascagoula, MS 39568 | 228-762-2272 | 228-762-3223 |
| Gary Elliston | KAISER ALUMINUN & CHEMICAL CORPORATION | Dehay & Elliston<br>NationsBank Plaza<br>901 Main Street, Suite 3500<br>Dallas, Texas 75202 | 214-210-2400 | 214-210-2500 |
| John L. Hill | METROPOLITAN LIFE INSURANCE COMPANY | Locke, Liddell<br>600 Travis St., Suite 3400<br>Houston, Texas 77002-3095 | 713-226-1200 | 713-223-3717 |
| D. Ferguson McNeil | NORTH AMERICAN REFRACTORIES COMPANY | Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin<br>Houston, Texas 77002-6760 | 713-758-3882<br>713-758-2222 | 713-758-2346 |
| Peter Moir | OWENS ILLINOIS, INC. | Quilling, Selander, Cummiskey & Lownds, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201 | 214-871-2100 | 214-871-2125 |
| Gail Jenkins | PROKO INDUSTRIES, INC. | Jenkins, Grove & Martin<br>2615 Calder Street, Suite 500<br>P.O. Box 26008<br>Beaumont, Texas 77720 | 409-832-4100 | 409-832-4242 |
| Thomas Hogan | QUIGLEY COMPANY, INC. | Beirne, Maynard & Parsons, L.L.P.<br>Wells Fargo Bank Tower | 713-623-0887 | 713-960-1527 |

| DEFENSE COUNSEL | DEFENDANT | ADDRESS | PHONE NO. | FAX NO. |
|---|---|---|---|---|
| | | 25th Floor<br>1300 Post Oak Boulevard<br>Houston, TX 77056-3000 | | |
| Tom Taylor | RAPID-AMERICAN CORPORATION | Andrews & Kurth, L.L.P.<br>600 Travis, Suite 4200<br>Houston, Texas 77019 | 713-220-4200 | 713-220-4285 |
| Robert Bass | UNIROYAL HOLDING, INC. (SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTERST TO U.S. RUBBER COMPANY | Forman Perry Watkins Krutz & Tardy, PLLC<br>400 Woodview Tower<br>1349 Empire Central<br>Dallas, Texas 75427 | 214-905-2924 | 214-905-3976 |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *IN RE:* | § | CASE NO. 01-10578 |
| | § | Chapter 11 |
| FEDERAL-MOGUL GLOBAL, INC., | § | (Pending in the United States |
| | § | Bankruptcy Court for the |
| DEBTOR | § | District of Delaware) |
| DEBRA KULAW, Individually and | § | |
| As Personal Representative of the Heirs | § | |
| and Estate of LEVAUGHN DARNOLD | § | |
| PLAINTIFFS, | § | |
| | § | |
| VS. | § | C.A. B-01-181 |
| | § | |
| | § | |
| ABLE SUPPLY COMPANY, ET AL. | § | |
| DEFENDANTS, | § | |

## **INDEX OF DEFENDANT'S PLEADINGS**

1. A.P. GREEN INDUSTRIES INC.'S MOTION TO DISMISS PLAINTIFFS' CLAIMS BECAUSE OF FORUM NON CONVENIENS; ALTERNATIVELY, SUBJECT THERETO, A ND WITHOUT WAIVING THE FOREGOING, IT'S ORIGINAL ANSWER AND ANSWER TO CROSS ACTIONS

2. A.P. GREEN INDUSTRIES, INC.'S FIRST AMENDED ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONS AND/OR THIRD PARTY ACTIONS

3. AC&S, INC'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

4. AMOCO CORPORATION'S MOTION TO TRANSFER VENUE AND SUBJECT THERTO, ORIGAINAL ANSWER TO PLANTIFFS' CONSOLIDATED AMENDED PETITION

5. AMOCO CORPORATION'S FIRST AMENDED ORIGINAL ANSER, SUBJECT TO ITS PREVIOUSLY FILED MOTION TO TRANSFER VENUE

6. ARMSTRONG WORLD INDUSTRIES, INC., AND A.P. GREEN INDUSTRIES, INC.'S ANSWER TO PLAINTIFFS' ORIGINAL PETITION

7. NOTICE OF NON-SUIT BY PLAINTIFF'S AS PER ARMSTONG WORLD INDUSTRIES AND ASBESTOS CLAIMS MAANAGEMENT CORP.

8. ARMSTRONG WORLD INDURSTRIES INC. AND SIX OTHERS NOTICE OF NON-SUIT BY PLAINTIFFS'

Page 1

9. BROWN & ROOT INC'S ANSWER TO PLAINTIFF'S CONSOLIDATED AMENDED PETITION

10. BROWN & ROOT, INC.'S ANSWER TO PLAINTIFFS' SECOND AMENDED PETITION

11. AGREED ORDER OF NON-SUIT AS PER DEFENDANT BROWN & ROOT, INC. ONLY

12. BUILDING MATERIALS OF AMERICA'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

13. CERTAINTEED CORPORATION AND QUIGLEY'S CONSOLIDATED ORIGINAL PETITION

14. BUILDING MATERIALS CORPORATION OF AMERICA'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO, MOTION TO DISMISS, OBJECTIONS TO JOINDER, AND ORIGINAL ANSWER

15. COMBUSTION ENGINEERING, INC.'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

16. COMBUSTION ENGINEERING, INC.'S FIRST AMENDED ANSWER

17. DRESSER INDUSTRIES, INC.'S ANSWER TO PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

18. DRESSER INDUSTRIES, INC.'S ANSWER TO PLAINTIFFS' ORIGINAL PEITITION AND JURY DEMAND

19. DRESSER INDUSTRIES, INC.'S SECOND AMENDED ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PETITION AND JURY DEMAND

20. DRESSER INDUSTRIES, INC.'S SECOND AMENDED ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PETITION AND JURY DEMAND

21. DRESSER INDUSTRIES, INC.'S AMENDED ANSWER TO PLAINTIFF'S MOST RECENT PETITION AND JURY DEMAND

22. FEDERAL-MOGUL CORPORATION AS SUCCESSOR-IN-INTEREST TO T&N PLC, F/K/A TURNER & NEWELL PLC'S ANSWER TO PLAINTIFFS' ORGINAL PETITION AND JURY DEMAND

23. FEDERAL MOGUL CORPORATION'S MOTION TO TRANSFER VENUE, MOTION TO DISMISS, MOTION TO SEVER, AMENDED ANSWER, MOTION TO BIFURCATE,A ND CROSS-CLAIMS

24. FIBREBOARD CORPORATION'S MOTION TO TRANSFER VENUE; MOTION TO DISMISS ON THE BASIS OF FORUM NON CONVENIENS MADE SUBJECT TO TIS MOTION TO TRANSFER VENUE; AND ORIGINAL ANSWER, CROSS ACTION AND JURY DEMAND MADE SUBJECT TO ITS MOTION TO TRANSFER VENUE

25. THE FLINTOKE COMPANY AND MOTION TO TRANSFER AND ORIGINAL ANSWER SUBJECT THERETO

26. THE FLINTOKE COMPANY'S SPECIAL APPEARANCE AND MOTION TO TRANSFER AND ORIGINAL ANSWER SUBJECT THERETO

27. MOTION FOR NON-SUIT OF THE FLINTOKE COMPANY WITHOUGHT PREJUDICE AS TO ALL PLAINTIFFS

28. THE FLINTOKE COMPANY'S ORDER OF DISMISSAL

29. FOSTER WHEELER ENERGY CORPORATION'S ORIGINAL ANSWER SUBJECT TO MOITON TO TRANSFER VENUE

30. NOTICE OF NON-SUIT OF DEFENDANT FOSTER WHEELER

31. BABCOCK AND WILCOX'S ORIGINAL ANSWER

32. GAF BUILDING MATERIALS CORPORATION'S MOITON TO TRANSFER VENUE AND SUBJECT THERETO, MOTION TO DISMISS, OBJECTION TO JOINDER, AND ORIGINAL ANSWER

33. GASKET HOLDING, INC.'S INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO FLEXITALLIC, INC.'S MOTION TO DISMISS

34. GASKET HOLDING, INC.'S INDIVIDUALLY ANS AS SUCCESSOR IN INTEREST TO FLEXITALLIC, INC. MOTION TO DISMISS PLAINTIFFS' CLAIMS ON THE BASIS OF FORUM NON CONVENIENS AND ORIGINAL ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED PETITION

35. GAF BUILDING MATERIALS CORPORATION'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO MOTION TO DISMISS AND ORIGINAL ANSWER

36. GAF BUILDING MATERIALS MOTION TO TRANSFER VENUE AND SUBJECT THERETO, MOTION TO DISMISS, OBJECTION TO JOINDER, AND ORIGINAL ANSWER

37. GENERAL REFRACTORIES COMPANY'S SPECIAL APPEARANCE TO PRESENT MOTION TO THE JURISDICTION,A ND SUBJECT THERETO, ITS MOITON TO TRANSFER VENUE, AND SUBJECT THERETO, ITS ORIGINAL ANSER TO PLAINTIFFS' ORIGINAL PETITION, CROSS-ACTION AND ANSER TO ALL CROSS-ACTIONS

38. GENERAL REFRACTORIES COMPANY'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION SUBJECT TO ITS PREVIOUSLY FILED SPECIAL APPEARANCE AND MOTION TO TRANSFER VENUE

39. GEORGIA PACIFIC CORPORATION'S ORIGINAL ANSWER

40. GUARD-LINE INC.'S ANSWER TO PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND

41. GUARD-LINE, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION AND JURY DEMAND

42. GUARD-LINE, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED PETITION AND JURY DEMAND

43. GUARD-LINE, INC.'S ANSWER TO PLAINTIFFS' SECOND CONSOLIDATED AMENDED PEITION AND JURY DEMAND

44. GUARD-LINE, INC.'S SECOND AMENDED ANSWER TO PLAINTIFFS' SECOND AMENDED PEITION AND JURY DEMAND

45. GUARD-LINE, INC.'S AMENDED ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PEITION AND JURY DEMAND

46. GUARDLINDE, INC.'S AMENDED ANSWER TO PLAINTIFFS' SECOND CONSOLIDATED AMENDED PETITION AND JURY DEMAND

47. HARBISON WALKER REFRACTORIES COMPANY'S SUED IMPROPERLY HEREIN AS A DIVISION OF INDRESCO INC. AND INDRESCO INC.'S MOTION TO TRANSFER VENUE AND, SUBJECT TP AMD WITHOUT WAIVING THE FOREGOING, MOTION TO DISMISS PLIANTIFFS' CLAIMS BECAUSE OF FORUM NON CONVENIENS; ALTERNATIVELY, SUBJECT TO TAND WITHOUT WAIVING THE FOREGING, ITS ORIGINAL ANSWER AND ASNWER TO CROSS ACTIONS

48. HARBISON WALKER REFRACTORIES COMPANY[FORMERLEY] A DIVISION OF INDRESCO INC.'S FIRST AMENDED ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONS AND/OR THRID-PARTY ACTIONS

49. HARBISON WALKER REFRACTORIES COMPANY FORMERLEY A DIVISION OF DRESSER INDURSTRIES, INC., AND ALSO FORMERLY KNOWN AS INDRESCO INC.'S MOTION TO TRANSFER VNEUE, MOTION TO DISMISS FOR FORUM NON-CONVENIENS, ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONSS AND/OR THIRD-PARTY ACTIONS AND JURY DEMAND

50. NOTICE OF NON-SUIT AS TO HARBISON WALKER REFRACTORIES COMPANY, INC. WITHOUT PREJUDICE

51. INDRESCO INC.'S FIRST AMENDED ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONS AND/OR THIRD-PARTY ACTIONS

52. J.T. THORPE COMPANY'S SPECIAL EXCEPTIONS, ANSWER, CROSS-ACTIONS AND ANSWER TO OTHER ACTIONS

53. KAISER ALUMINUM & CHEMICAL CORPORATION'S ORIGINAL ANSWER, SUBJECT TO ITS MOTION TO TRANSFER VENUE

54. KELLOGG-BROWN & ROOT, INC.'S ANSWER TO PLAINTIFFS' THIRD CONSOLIDATED AMENDED PETITION

55. KELLY-MOORE PAINT COMPANY, INC.'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

56. KELLY-MOORE PAINT COMPANY, INC.'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO ORIGINAL ANSWER AND SPECIAL EXCEPTIONS

57. NOTICE OF NON-SUIT AS TO KELLY-MOORE PAINT

58. METROPOLITAN LIFE'S ORIGINAL ANSWER, WITH SPECIAL EXCEPTIONS, CROSS ACTION, AND ANSWER TO CROSS ACTIONS TO PLAINTIFFS' ORIGINAL PETITION AND JURY DEMAND

59. PLAINTIFFS' NOTICE OF NON-SUIT AS TO MINNESOTA MINING AND MANUFACTURING COMPANY ONLY

60. NORTH AMERICAN REFRACTORIES COMPANY'S MOTION TO TRANSFER VENUE, MOTION TO DISMISS FOR FORUM NON CONVENIENS, AND ORIGINAL ANSWER SUBJECT THERETO

61. OWENS CORNING'S MOTION TO DISMISS PLAINTIFFS' CLAIMS BECAUSE OF FORUM NON CONVENIENS; ALTERNATIVELY SUBJECT TO AND WITHOUT WAIVING THE FOREGOING, ITS MOTION TO TRANSFER VENUE; AND, SUBJECT TO AND WITHOUT WAIVING THE FOREGOING, ITS ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION

62. PITTSBURGH CORNING CORPORATION'S ORIGINAL ANSWER, ANSWER TO CROSS-ACTIONS AND JURY DEMAND

63. PPG INDUSTRIES, INC.'S MOTION TO TRANSFER, MOTION FOR DISMISSAL BASED ON FORUM NON CONVENIENS AND SUBJECT THERETO, ORIGINAL ANSWER AND ANSWER TO ALL CROSS-ACTIONS IN RESPONSE TO PLAINTIFFS' ORIGINAL PETITION

64. PROKO INDUSTRIES, INC.'S ORIGINAL ANSWER

65. RILEY STOKER CORPORATION'S ORIGINAL ANSWER

66. THE SYNKOLOID COMPANY'S MOTION TO TRANSFER VENUE ANS SUBJECT TO ITS MOTION TO TRANSFER VENUE ITS ORIGINAL ANSWER, CROSS-ACTION AND ANSWER TO ALL CROSS-ACTIONS BEING FILED SUBJECT TO ITS MOTION TO DISMISS FOR FORUM NON CONVENIENS

67. THE SYNKOLOID COMPANY'S ORIGINAL ANSWER, CROSS-ACTION AND ANSWER TO ALL CROSS-ACTIONS

68. NOTICE OF NON-SUIT AS TO THE SYNKOLOID COMPANY

69. ORDER GRANTING NON-SUIT AS TO THE SYNKOLOID COMPANY

70. NOTICE OF NON-SUIT AS TO T&N, PLC, CERTAINTEED CORPORATION AND QUIGLEY COMPANY

71. UNITED STATES MINERAL PRODUCTS ORIGINAL ANSWER

72. NOTICE OF NON-SUIT AS TO U.S. MINERAL PRODUCTS

73. UNIROYAL HOLDING, INC.'S SPECIAL APPEARANCE AND ANSWER

74. NOTICE OF NON-SUIT AS TO UNITED STATES GYPSUM COMPANY

75. W.R. GRACE & CO. -- CONN.'S MOTION TO TRANSFER VENUE AND SUBJECT THERETO ITS ORIGINAL ANSWER AND ANSWER TO ALL CROSS ACTION

76. W.R. GRACE & CO. -- CONN.'S AMENDED MOTION TO TRANSFER VENUE AND SUBJECT THERETO ITS ORIGINAL ANSWER AND ANSWER TO ALL CROSS ACTION

77. NOTICE OF NON-SUIT AS OF W.R. GRACE