Case 1:01-cv-00181   Document 25   Filed in TXSD on 11/15/2001   Page 1 of 1

United States District Court
Southern District of Texas
ENTERED

NOV 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk 

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | § | **Case No. 01-10578** |
| | § | **Chapter 11** |
| **Federal-Mogul Global, Inc.,** | §(Pending in the United States Bankruptcy |
| **Debtor.** | § | Court for the District of Delaware) |
| **Valentin Ramirez, et al.,** | § | |
| **Adan Garza, et al.,** | § | |
| **Archie Kowalik, et al.,** | § | |
| **Debra Kulaw, et al.,** | § | |
| **Plaintiffs,** | § | |
| | § | **C.A. B-01-178** |
| | § | **C.A. B-01-179** |
| **v.** | § | **C.A. B-01-180** |
| | § | **C.A. B-01-181** |
| **Able Supply Co., et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

BE IT REMEMBERED that on November 15, 2001, the Court ORDERED the parties to refrain from filing further documents with the Court until such time as the Court rules on the Motions to Remand for Lack of Subject Matter Jurisdiction in the above-captioned cases [C.A. B-01-178, Dkt. No. 7; C.A. B-01-179, Dkt. No. 7; C.A. B-01-180, Dkt. No. 7; C.A. B-01-181, Dkt. No. 5].

DONE this 15th day of November, 2001 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge