

United States District Court
Southern District of Texas
FILED

NOV 2 1 2001

Michael N. Milby
Clerk of Court

# WATERS & KRAUS, LLP

3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
Telephone 214-357-6244
Telecopier 214-357-7252

---

200 Oceangate, Suite 520
Long Beach, California 90802
Telephone 562-436-8833
Telecopier 562-590-7296

---

10231 Warwick Blvd.
Newport News, Virginia 23601
Telephone 757-223-1275
Telecopier 757-223-1276

C. ANDREW WATERS*
PETER A. KRAUS**

Gayle M. Mortola
David C. Greenstone
Barry L. Bobbitt
B. Scott Kruka
Rhonda Sullivan Cleaves
Ashley Watkins McDowell
Troyce G. Wolf
F. Leighton Durham, III
Jeffrey B. Simon
Darren P. McDowell

*Licensed in Texas, California,
North Carolina, and District of
Columbia
**Licensed in Texas and Virginia

Charles E. Lance

‡Michael L. Armitage
Ron C. Eddins
Melissa A. Miles
Leslie C. MacLean
††George G. Tankard, III
‡‡Maryam Hosseini
Dana Casselli Fox
Tanja K. Martini
Michelle B. Norton
Nelda Talamantes

†Licensed in Virginia only
‡Licensed in California and
Louisiana
††Licensed in Maryland,
District of Columbia and Texas
‡‡Licensed in California only

PLEASE RESPOND TO THE DALLAS OFFICE

November 20, 2001

**VIA FEDERAL EXPRESS**

Ms. Stella Cavazos
Case Manager
Honorable Hilda G. Tagle
United States District Court,
Southern District of Texas
600 E. Harrison
Brownsville, Texas 78520

Re: Cause No. B-01-180; Archie Kowalik v. ACandS, Inc., et al; In the United States District Court for the Southern District of Texas; Brownsville Division;

Cause No. B-01-178; Valentin Ramirez, et al v. ACandS, Inc., et al; In the United States District Court for the Southern District of Texas; Brownsville Division;

Cause No. B-01-179; Adan Garza and Guadalupe Garza, et al vs. Able Supply Company, et al, In the United States District Court for the Southern District of Texas; Brownsville Division;

Cause No. B-01-181; Debbie Kulaw, Individually and as Personal Representative of the Heirs and Estate of LeVaughn Darnold v. Able Supply Company, et al, In the United States District Court for the Southern District of Texas; Brownsville Division.

Dear Ms. Cavazos:

Yesterday, I received the Court's order in the above-referenced cases, instructing the parties to refrain from filing any additional documents until the plaintiffs' motion for remand had been decided. Before I received the order, however, I had sent the Court supplemental pleadings,

including the orders entered by Judge Jack in Corpus Christi and Judge Fish in Dallas, remanding similar cases to state court.

Please accept my apologies for unknowingly violating the Court's order. We have now received similar orders from Judge Kent and Judge Heartfield. If the court would like copies of these orders, I will provide them promptly.

Again, please accept my apologies, and do not hesitate to call me if you have additional questions.

Very truly yours,

Charles S. Siegel

cc:   Melissa Ferrell

**VIA FACSIMILE: 512-476-7832**

FedEx | Ship Manager | Label 7902 2287 5464                Page 1 of 2

From: NINA NMM MIRAMONTES (214)357-6244
WATERS & KRAUS, LLP
3219 MCKINNEY AVE, SUITE 3000
DALLAS, TX, 75204

REVENUE BARCODE



To: Ms. Stella Cavazos/Case Manager (214)357-6244
US District Court/Southern
600 E. Harrison
Brownsville, TX, 78520
Ref: removals brownsville

United States District Court
Southern District of Texas
RECEIVED
NOV 21 2001
10 30
Milby, Clerk of Court

SHIP DATE: 20NOV01
WEIGHT: 1 LBS

TRK # 7902 2287 5464  FORM 0201
78520-TX-US

FedEx PRIORITY OVERNIGHT
XE HRLA
HRL

WED
A2
Deliver by:
21NOV01



Please fold this document in half and place it in the waybill pouch affixed to your shipment so that the barcode portion of the label can be read and scanned.
***WARNING: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number

## Shipping Label

1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping label pouch and affix it to your shipment so that the barcode portion of the label can be read a
4. To print a receipt of your shipment, please click on "Shipping History."

## Ship a New Package

Use of this system constitutes your agreement to the service conditions in the current FedEx service Guide, available upon request

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide