UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 02-40396

DEBRA KULAW, Individually and as Personal Representative of the Heirs and Estate of Levaughn Darnold,

              Plaintiff - Appellee,

VERSUS

ABLE SUPPLY CO., ET AL.,

              Defendants,

GARLOCK, INC.,

              Defendant - Appellant.

Appeal from the United States District Court
For the Southern District of Texas, Brownsville

Before DeMOSS, PARKER and DENNIS, Circuit Judges

BY THE COURT:

IT IS ORDERED that the District Court's order of remand entered by Order signed February 22, 2002, is hereby stayed pending this Court's consideration of the motion for rehearing in *Arnold v. Garlock*, 278 F.3d 426 (5th Cir. 2002).

Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
    Deputy
New Orleans, Louisiana

U.S. COURT OF APPEALS
FILED
MAR 22 2002
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
MAR 29 2002
Michael N. Milby
Clerk of Court