```
                   -----------------
                    No. 02-40396
                   -----------------
```

DEBRA KULAW, Individually and As Personal Represetive of
the Heirs and Estate of Levaughn Darnold

        Plaintiff - Appellee

v.

ABLE SUPPLY COMPANY; ET AL

        Defendants

GARLOCK INC

        Defendant - Appellant

*CAB-01-181*

United States District Court
Southern District of Texas
FILED

MAY 10 2002

Michael N. Milby
Clerk of Court

### ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 6th day of May, 2002, see FED. R. APP. P. 42(b).

                                            CHARLES R. FULBRUGE III
                                            Clerk of the United States Court
                                            of Appeals for the Fifth Circuit

                                            By: _____
                                                Peter Conners, Deputy Clerk

                                            FOR THE COURT - BY DIRECTION

DIS-4

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____ Deputy   MAY 6 2002
New Orleans, Louisiana